# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re: § 
§ 
ICM, INC. § Case No. 12-18097 CAD
§ 
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter    of the United States Bankruptcy Code was filed on
    .  The undersigned trustee was appointed on              .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of              $

Funds were disbursed in the following amounts:

Payments made under an interim
disbursement
Administrative expenses
Bank service fees
Other payments to creditors
Non-estate funds paid to 3rd Parties
Exemptions paid to the debtor
Other payments to the debtor

Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/CATHERINE STEEGE_____
                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:   1

Exhibit A

| Case No: | 12-18097 | CAD | Judge: CAROL A. DOYLE |
| Case Name: | ICM, INC. | | |

For Period Ending:  09/02/14

| Trustee Name: | CATHERINE STEEGE |
| Date Filed (f) or Converted (c): | 05/02/12 (f) |
| 341(a) Meeting Date: | 07/12/12 |
| Claims Bar Date: | 11/06/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Bank of America Checking Account | 33,649.95 | 33,649.95 | | 36,040.47 | FA |
| 2. Office Equipment | 54,227.19 | 0.00 | | 0.00 | FA |
| 3. Office Funiture | 38,753.50 | 0.00 | | 0.00 | FA |
| 4. Life Insurance Policy(s)  Shaun Druckmiller Life Insurance Policy American General Life Companies, Contract No. YPIE0896031  Joe Bulger Life Insurance Policy Lincoln National Life Insurance Company, Policy No. ME7071004  Dan Eby Life Insurance Policy TransAmerica Life Insurance Company Policy No. 42543331 | 0.00 | 0.00 | | 0.00 | FA |
| 5. Art | 5,500.00 | 0.00 | | 0.00 | FA |
| 6. Software | 17,073.70 | 0.00 | | 0.00 | FA |
| 7. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 8. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 9. RETURN OF LAW FIRM RETAINER (u) | 0.00 | 14,368.75 | | 14,368.75 | FA |
| 10. 1st Fl Retail @ 208 - Account Receivable | 57,180.00 | 57,180.00 | | 53,502.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    2

Exhibit A

| Case No: | 12-18097 | CAD | Judge: CAROL A. DOYLE |
| Case Name: | ICM, INC. | | |

Trustee Name:    CATHERINE STEEGE
Date Filed (f) or Converted (c):    05/02/12 (f)
341(a) Meeting Date:    07/12/12
Claims Bar Date:    11/06/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 11. 208 Lobby - Account Receivable | 199.00 | 9,526.00 | | 9,526.00 | FA |
| 12. 2111 W. Roosevelt - Service Work | 1,450.00 | 0.00 | | 0.00 | FA |
| 13. A/R Adjustments | 0.00 | 0.00 | | 0.00 | FA |
| 14. Akoo International 11-006 | 10,840.00 | 82,210.00 | | 82,210.00 | FA |
| 15. Elevator Call Buttons 8-041 | 0.00 | 0.00 | | 0.00 | FA |
| 16. Gore Creek Phase 3 11-024 | 68,323.10 | 0.00 | | 0.00 | FA |
| 17. Grubb & Ellis Service Work | 256.70 | 0.00 | | 0.00 | FA |
| 18. Hotel Kitchen Equipment @ 208 - 09-021 | 508.00 | 508.00 | | 508.00 | FA |
| 19. Hyatt Center Service Work | 175.00 | 0.00 | | 0.00 | FA |
| 20. Hyatt Center Spec Suite 12-001 | 147,674.30 | 160,330.00 | | 160,330.00 | FA |
| 21. Leahy 12-004 | 125,938.00 | 0.00 | | 0.00 | FA |
| 22. Netsphere | 558.00 | 0.00 | | 0.00 | FA |
| 23. New York Times | 3,758.40 | 0.00 | | 0.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    3

Exhibit A

| Case No: | 12-18097 | CAD | Judge: CAROL A. DOYLE |
|---|---|---|---|
| Case Name: | ICM, INC. | | |

| Trustee Name: | CATHERINE STEEGE |
|---|---|
| Date Filed (f) or Converted (c): | 05/02/12 (f) |
| 341(a) Meeting Date: | 07/12/12 |
| Claims Bar Date: | 11/06/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 24. Piper Jaffray 11-066 | 374.72 | 0.00 | | 0.00 | FA |
| 25. Spa @ 208 09-019 | 22,258.39 | 22,258.39 | | 22,619.00 | FA |
| 26. Trans System 10-005 | 11,448.00 | 0.00 | | 0.00 | FA |
| 27. V2 Capital | 32,893.00 | 37,013.00 | | 37,013.00 | FA |
| 28. IRS - Overpayment | 1,192.07 | 1,199.26 | | 1,199.26 | FA |
| 29. Auto Policy Refund (u) | 292.00 | 292.00 | | 292.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $634,523.02 | $418,535.35 | | $417,608.48 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR sent to UST on 7/15/14

Initial Projected Date of Final Report (TFR): 06/30/14        Current Projected Date of Final Report (TFR): 07/31/14

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 12-18097 -CAD |
| Case Name: | ICM, INC. |
| | |
| Taxpayer ID No: | *******0109 |
| For Period Ending: | 09/02/14 |

| | |
|---|---|
| Trustee Name: | CATHERINE STEEGE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9230 Checking Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/09/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 292.00 | | 292.00 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 0.18 | 291.82 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 0.19 | 291.63 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 0.18 | 291.45 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 0.19 | 291.26 |
| 03/22/13 | 1 | Bank of America | Funds Transfer | 1129-000 | 36,040.47 | | 36,331.73 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.44 | 36,312.29 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 52.23 | 36,260.06 |
| 05/29/13 | 20 | 71 South Wacker Drive, LLC<br>71 South Wacker Drive<br>Chicago, IL  60606 | Accounts Receivable | 1121-000 | 160,330.00 | | 196,590.06 |
| 05/30/13 | 003001 | ALAN D. LASKO<br>ALAN D. LASKO & ASSOCIATES, P.C.<br>29 SOUTH LA SALLE STREET, #1240<br>CHICAGO, IL 60603 | First Interim Application | | | 1,889.02 | 194,701.04 |
| | | | Fees          1,874.50 | 3410-000 | | | |
| | | | Expenses        14.52 | 3420-000 | | | |
| | | | Page Subtotals | | 196,662.47 | 1,961.43 | |

LFORM24

Ver: 18.01

Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 12-18097 -CAD |
| Case Name: | ICM, INC. |

| | |
|---|---|
| Taxpayer ID No: | *******0109 |
| For Period Ending: | 09/02/14 |

| | |
|---|---|
| Trustee Name: | CATHERINE STEEGE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9230  Checking Account |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/31/13 | 003002 | Anning-Johnson Company | Pymnt Pursuant 5/29/13 Court Order | 4120-000 | | 33,500.00 | 161,201.04 |
| 05/31/13 | 003003 | Triangle Decorating Co., LLC | Pymnt Pursuant 5/29/13 Court Order | 4120-000 | | 4,250.00 | 156,951.04 |
| 05/31/13 | 003004 | Bravo Interiors, LLC | Pymnt Pursuant 5/29/13 Court Order | 4120-000 | | 88,000.00 | 68,951.04 |
| 05/31/13 | 003005 | Gibson Electric Co., Inc. | Pymnt Pursuant 5/29/13 Court Order | 4120-000 | | 11,660.00 | 57,291.04 |
| 06/03/13 | 9 | Meltzer, Purtill & Stelle LLC<br>Client Trust Fund Account<br>1515 E. Woodfield Road, Second Floor<br>Schaumburg, IL 60173-5431 | Return of Law Firm Retainer | 1290-000 | 14,368.75 | | 71,659.79 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 76.97 | 71,582.82 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 153.91 | 71,428.91 |
| 07/26/13 | 14 | Susan O'Neal<br>Construction Escrow Officer<br>First American Title Insurance Company<br>National Commercial Services<br>30 N. LaSalle Street, Suite 2700,<br>Chicago, IL 60602 | | 1121-000 | 82,210.00 | | 153,638.91 |
| 07/26/13 | 003006 | Anderson Lock Co. Ltd.<br>PO Box 2294<br>Des Plaines, IL 60017-2294 | Payment Pursuant to 7/17/13 Order | 4120-000 | | 4,500.00 | 149,138.91 |
| 07/26/13 | 003007 | Thorne Associates, Inc. | Payment Pursuant to 7/17/13 Order | 4120-000 | | 36,353.00 | 112,785.91 |

Page Subtotals    96,578.75    178,493.88

Ver: 18.01

LFORM24

Page:  3

Exhibit B

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:      12-18097 -CAD
Case Name:    ICM, INC.

Taxpayer ID No:  *******0109
For Period Ending:  09/02/14

Trustee Name:        CATHERINE STEEGE
Bank Name:           ASSOCIATED BANK
Account Number / CD #:   *******9230  Checking Account

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 1450 West Randolph<br>Chicago, IL  60607-1421 | | | | | |
| 07/26/13 | 003008 | Regency Title & Carpet<br>1540 Hecht Drive<br>Unit L<br>Bartlett, IL  60103-1699<br>Attn:  Cathy Roberson | Payment Pursuant to 7/17/13 Order | 4120-000 | | 5,232.00 | 107,553.91 |
| 07/26/13 | 003009 | Flooring Resources Corporation<br>600 West Pratt Boulevard<br>Elk Grove Village, IL  60007-5113 | Payment Pursuant to 7/17/13 Order | 4110-000 | | 7,785.00 | 99,768.91 |
| 07/26/13 | 003010 | Midwest Decorating<br>44W108 US Highway 20<br>Hampshire, IL  60140-6200<br>Attn:  Emily Kamaris | Payment Pursuant to 7/17/13 Order | 4120-000 | | 7,885.00 | 91,883.91 |
| 07/26/13 | 003011 | Global Fire Protection<br>5121 Thatcher Road<br>Downers Grove, IL  60515-4029<br>Attn:  John Mammoser | Payment Pursuant to 7/17/13 Order | 4120-000 | | 5,015.00 | 86,868.91 |
| 07/26/13 | 003012 | AG-WOA Columbia Centre I Owner, L.L.C. | Payment Pursuant to 7/17/13 Order | 4120-000 | | 4,600.00 | 82,268.91 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 129.89 | 82,139.02 |
| 09/04/13 | 27 | GRE Prairie Glen LLC | | 1121-000 | 37,013.00 | | 119,152.02 |
| | | | | Page Subtotals | 37,013.00 | 30,646.89 | |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

LFORM24

Ver: 18.01

Page:   4

**Exhibit B**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 12-18097 -CAD | |
| Case Name: | ICM, INC. | |

| | |
|---|---|
| Trustee Name: | CATHERINE STEEGE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9230  Checking Account |

| | |
|---|---|
| Taxpayer ID No: | *******0109 |
| For Period Ending: | 09/02/14 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/09/13 | 003013 | Professional Millwork, Inc.<br>764 Hamilton Way<br>Batavia, IL  60510 | Payment Pursuant to 7/24/13 Order | 4120-000 | | 3,000.00 | 116,152.02 |
| 09/09/13 | 003014 | Flooring Resources Corporation<br>600 West Pratt Boulevard<br>Elk Grove Village, IL  60007-5113 | Payment Pursuant to 7/24/13 Order | 4120-000 | | 3,770.00 | 112,382.02 |
| 09/09/13 | 003015 | Triangle Decorating Co., LLC | Payment Pursuant to 7/24/13 Order | 4120-000 | | 4,094.00 | 108,288.02 |
| 09/09/13 | 003016 | United States Fire Protection<br>28427 North Ballard<br>Unit H<br>Lake Forest, IL  60045-4542 | Payment Pursuant to 7/24/13 Order | 4120-000 | | 1,900.00 | 106,388.02 |
| 09/09/13 | 003017 | Ewing-Doherty Mechanical, Inc.<br>6032 N. Lincoln Avenue<br>Morton Grove, IL 60053 | Payment Pursuant to 7/24/13 Order | 4120-000 | | 825.00 | 105,563.02 |
| 09/09/13 | 003018 | SMC Electrical Corporation<br>185 S Lively Blvd<br>Elk Grove Village, IL  60007 | Payment Pursuant to 7/24/13 Order | 4120-000 | | 5,522.00 | 100,041.02 |
| 09/09/13 | 003019 | Thomas Alarm Inc.<br>311 Church Street<br>Yorkville, Illinois  60560 | Payment Pursuant to 7/24/13 Order | 4120-000 | | 1,000.00 | 99,041.02 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 149.16 | 98,891.86 |
| | | | Page Subtotals | | 0.00 | 20,260.16 | |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

Ver: 18.01

FORM 2

Page:   5

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:       12-18097 -CAD
Case Name:   ICM, INC.

Taxpayer ID No:   *******0109
For Period Ending:   09/02/14

Trustee Name:          CATHERINE STEEGE
Bank Name:              ASSOCIATED BANK
Account Number / CD #:   *******9230  Checking Account

Blanket Bond (per case limit):   $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 156.44 | 98,735.42 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 146.80 | 98,588.62 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 141.85 | 98,446.77 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 146.36 | 98,300.41 |
| 01/10/14 | 18 | CHICAGO TITLE & TRUST CO LP | Bank Serial #: | 1121-000 | 508.00 | | 98,808.41 |
| 01/10/14 | 11 | CHICAGO TITLE & TRUST CO LP | Bank Serial #: | 1121-000 | 9,526.00 | | 108,334.41 |
| 01/10/14 | 25 | CHICAGO TITLE & TRUST CO LP | Bank Serial #: | 1121-000 | 22,619.00 | | 130,953.41 |
| 01/10/14 | 10 | CHICAGO TITLE & TRUST CO LP | Bank Serial #: | 1121-000 | 53,502.00 | | 184,455.41 |
| 01/15/14 | 003020 | Herner-Geissler Woodworking Corp. | Payment Pursuant to 12/18/13 Order | 4120-000 | | 6,640.00 | 177,815.41 |
| 01/15/14 | 003021 | Ascher Brothers Co., Inc. | Payment Pursuant to 12/18/13 Order | 4120-000 | | 5,924.00 | 171,891.41 |
| 01/15/14 | 003022 | Precision Control Systems | Payment Pursuant to 12/18/13 Order | 4120-000 | | 1,000.00 | 170,891.41 |
| 02/03/14 | 003023 | International Sureties, Ltd. Suite 420 701 Poydras St. New Orleans, LA  70139 | Blanket Bond | 2300-000 | | 131.06 | 170,760.35 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 229.98 | 170,530.37 |

Page Subtotals          86,155.00          14,516.49

LFORM24

**UST Form 101-7-TFR (5/1/2011)** *(Page: 10)*

Ver: 18.01

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   6

Exhibit B

Case No:       12-18097  -CAD
Case Name:     ICM, INC.

Taxpayer ID No:  *******0109
For Period Ending:  09/02/14

Trustee Name:         CATHERINE STEEGE
Bank Name:            ASSOCIATED BANK
Account Number / CD #:  *******9230  Checking Account

Blanket Bond (per case limit):  $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 229.18 | 170,301.19 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 253.18 | 170,048.01 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 244.66 | 169,803.35 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 252.45 | 169,550.90 |
| 08/21/14 | 28 | UNITED STATES TREASURY | Tax Refund | 1124-000 | 1,199.26 | | 170,750.16 |

|  | | | COLUMN TOTALS | | 417,608.48 | 246,858.32 | 170,750.16 |
|  | | | Less:  Bank Transfers/CD's | | 292.00 | 0.00 | |
|  | | | Subtotal | | 417,316.48 | 246,858.32 | |
|  | | | Less:  Payments to Debtors | | | 0.00 | |
|  | | | Net | | 417,316.48 | 246,858.32 | |

Page Subtotals          1,199.26          979.47

Page: 7

**Exhibit B**

**FOR PAGE**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 12-18097  -CAD |
| Case Name: | ICM, INC. |
| Taxpayer ID No: | *******0109 |
| For Period Ending: | 09/02/14 |

| | |
|---|---|
| Trustee Name: | CATHERINE STEEGE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******3912  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br><br>Paid To / Received From | 4<br><br>Description Of Transaction | Uniform<br>Tran. Code | 5<br><br>Deposits ($) | 6<br><br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| * 08/06/12 | 1 | Interior Construction Management, Inc.<br>53 West Jackson Blvd.<br>Chicago, IL  60604 | | 1129-003 | 36,040.47 | | 36,040.47 |
| 08/06/12 | 29 | Auto-Owners Insurance Company<br>6101 Anacapri Boulevard<br>Lansing, MI  48917-3999 | | 1290-000 | 292.00 | | 36,332.47 |
| 08/09/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 292.00 | 36,040.47 |
| * 02/06/13 | 1 | Interior Construction Management, Inc.<br>53 West Jackson Blvd.<br>Chicago, IL  60604 | VOID<br>Bank returned for NSF | 1129-003 | -36,040.47 | | 0.00 |

| | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | 292.00 | 292.00 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 292.00 | |
| Subtotal | | 292.00 | 0.00 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 292.00 | 0.00 | |

| | NET DEPOSITS | NET<br>DISBURSEMENTS | ACCOUNT<br>BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******9230 | 417,316.48 | 246,858.32 | 170,750.16 |
| Money Market Account (Interest Earn - *******3912 | 292.00 | 0.00 | 0.00 |
| | --------------------- | --------------------- | --------------------- |
| | 417,608.48 | 246,858.32 | 170,750.16 |
| | ============== | ============== | ============== |
| | (Excludes Account | (Excludes Payments | Total Funds |

Page Subtotals          292.00          292.00

**UST Form 101-7-TFR (5/1/2011)** *(Page: 12)*

Ver: 18.01

FORM 2                                                                                                  Page:   8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                      Exhibit B

| Case No: | 12-18097 -CAD | | Trustee Name: | CATHERINE STEEGE |
| Case Name: | ICM, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******3912  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0109 | | | |
| For Period Ending: | 09/02/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Checking Account - *******9230 | | Transfers) | To Debtors) | On Hand |
| | | | Money Market Account (Interest Earn - ********3912 | | | | |

|  |  |  | Page Subtotals | | 0.00 | 0.00 | |

| | | | EXHIBIT C | | | |
|---|---|---|---|---|---|---|
| Page 1 | | | ANALYSIS OF CLAIMS REGISTER | | | Date: September 04, 2014 |

Case Number:  12-18097  
Debtor Name:  ICM, INC.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001 3310-00 | ALAN D. LASKO ALAN D. LASKO & ASSOCIATES, P.C. 29 SOUTH LA SALLE STREET, #1240 CHICAGO, IL 60603 | Administrative | | $0.00 | $2,237.33 | $2,237.33 |
| 001 3110-00 | JENNER & BLOCK LLP 353 N. Clark Street CHICAGO, IL 60654-3456 | Administrative | | $0.00 | $100,793.74 | $100,793.74 |
| 001 3410-00 | ALAN D. LASKO ALAN D. LASKO & ASSOCIATES, P.C. 29 SOUTH LA SALLE STREET, #1240 CHICAGO, IL 60603 | Administrative | | $0.00 | $1,889.02 | $1,889.02 |
| 001 2100 | CATHERINE STEEGE, TRUSTEE JENNER & BLOCK LLP 353 N. CLARK STREET CHICAGO, IL 60654-3456 | Administrative | | $0.00 | $24,130.42 | $24,130.42 |
| BOND 999 2300-00 | International Sureties, Ltd. Suite 420 701 Poydras St. New Orleans, LA 70139 | Administrative | | $0.00 | $131.06 | $131.06 |
| 000001 070 7100-00 | BREAK THRU ENTERPRISES, INC. C/O DAVIS MCGRATH LLC 125 S. WACKER DR. STE 1700 CHICAGO, IL 60606 | Unsecured | | $0.00 | $22,584.60 | $22,584.60 |
| 000002 070 7100-00 | RECYCLING SYSTEMS INC 3152 S CALIFORNIA AVE CHICAGO, IL 60608 | Unsecured | | $0.00 | $2,665.00 | $2,665.00 |
| 000003 070 7100-00 | TEE JAY SERVICE COMPANY 951 NORTH RADDANT ROAD P.O. BOX 369 BATAVIA, IL 60510 | Unsecured | | $0.00 | $3,980.73 | $3,980.73 |
| 000004 070 7100-00 | ANCHOR MECHANICAL, INC. C/O JOHN J. CONWAY 120 WEST 22ND STREET, SUITE 100 OAK BROOK, IL 60523 | Unsecured | Stipulated Reduction of Claim Entered 6/23/14 [Dkt 90] Reducing secured claim from $109,149.19 to unsecured claim of $10,915.09 | $0.00 | $109,149.19 | $10,915.09 |
| 000005 070 7100-00 | SMC ELECTRICAL CORPORATION 185 SOUTH LIVELY BOULEVARD ELK GROVE VILLAGE, IL 60007 | Unsecured | Reduced by Settlement Payment ($5,522.00) per Order [Dkt 84] | $0.00 | $22,570.00 | $17,048.00 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: September 04, 2014 |
| --- | --- | --- | --- | --- | --- |

Case Number:   12-18097
Debtor Name:   ICM, INC.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class   Notes | Scheduled | Claimed | Allowed |
| --- | --- | --- | --- | --- | --- |
| 000006<br>070<br>7100-00 | THOMAS ALARM, INC<br>311 CHURCH STREET<br>YORKVILLE, ILLINOIS 60560 | Unsecured<br>Disallowed per Order [Dkt 84] | $0.00 | $1,000.00 | $0.00 |
| 000007<br>070<br>7100-00 | ANDERSON LOCK COMPANY, LTD<br>C/O ANDERSON LOCK COMPANY<br>POB 2294<br>DES PLAINES, IL 60017-2294 | Unsecured<br>Disallowed per Order [Dkt 81] | $0.00 | $4,500.00 | $0.00 |
| 000008<br>070<br>7100-00 | ADMIRAL MECHANICAL<br>SERVICES<br>4150 LITT<br>HILLSIDE, IL 60162 | Unsecured | $0.00 | $78,817.00 | $78,817.00 |
| 000009<br>070<br>7100-00 | ADMIRAL HEATING &<br>VENTILATING<br>4150 LITT<br>HILLSIDE, IL 60162 | Unsecured | $0.00 | $24,041.00 | $24,041.00 |
| 000010<br>070<br>7100-00 | REX ELECTIC<br>C/O JOHN M. KRAFT<br>BELONGIA SHAPIRO, LLP<br>20 S. CLARK STREET SUITE 300<br>CHICAGO, IL 60603 | Unsecured<br>(10-1) MODIFIED ON 8/30/2012 TO CORRECT CREDITORS ADDRESS (RG) | $0.00 | $82,192.00 | $82,192.00 |
| 000011<br>070<br>7100-00 | COMMERCIAL CARPET<br>CONSULTANTS, INC.<br>893 INDUSTRIAL DR.<br>ELMHURST, IL 60126 | Unsecured | $0.00 | $3,457.25 | $3,457.25 |
| 000012<br>070<br>7100-00 | MIDCO, INC.<br>16 W 221 SHORE COURT<br>BURR RIDGE, IL 60527-5831 | Unsecured | $0.00 | $4,500.00 | $4,500.00 |
| 000013<br>070<br>7100-00 | OLD TOWNE FLOORS<br>C/O DENNIS M SBERTOLI<br>POB 1482<br>LA GRANGE PARK, IL 60526 | Unsecured | $0.00 | $52,111.00 | $52,111.00 |
| 000014<br>070<br>7100-00 | TRIANGLE DECORATING CO., LLC<br>C/O LOUIS J. PHILLIPS<br>PATZIK, FRANK & SAMOTNY LTD.<br>150 SOUTH WACKER DRIVE<br>SUITE 1500<br>CHICAGO, IL 60606 | Unsecured<br>Reduced to $113,267.28 per Order [Dkt 75]; Reduced by $4,094.00 per Order [Dkt 84] | $0.00 | $118,367.28 | $109,173.28 |
| 000015<br>070<br>7100-00 | BRAVO INTERIORS, LLC<br>C/O RICHARD L. COSTELLA,<br>ESQUIRE<br>MILES & STOCKBRIDGE P.C.<br>10 LIGHT STREET<br>BALTIMORE, MD 21202 | Unsecured<br>Disallowed per Order [Dkt 75] | $0.00 | $88,000.00 | $0.00 |
| 000016<br>070<br>7100-00 | EWING-DOHERTY MECHANICAL,<br>INC.<br>C/O GENE EICH<br>6032 N. LINCOLN AVE. | Unsecured<br>(16-1) MODIFIED ON 10/9/2012 TO CORRECT CREDITOR'S ADDRESS (AH) | $0.00 | $22,990.00 | $22,990.00 |

| | EXHIBIT C | | |
|---|---|---|---|
| Page 3 | ANALYSIS OF CLAIMS REGISTER | | Date: September 04, 2014 |

Case Number:    12-18097
Debtor Name:    ICM, INC.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| | MORTON GROVE, IL 60053 | | | | | |
| 000017 070 7100-00 | CT MECHANICAL, LLC C/O MORRISON, SALTZ & DAVENPORT 77 W WASHINGTON ST, #1611 CHICAGO, IL 60602 | Unsecured | | $0.00 | $3,915.99 | $3,915.99 |
| 000018 070 7100-00 | AFFORDABLE CABINETS 1550 W. FULLERTON AVENUE UNIT D ADDISON, IL 60101 | Unsecured | | $0.00 | $19,657.98 | $19,657.98 |
| 000019 070 7100-00 | INTERIOR CONCEPTS 7150 N. RIDGEWAY LINCOLNWOOD, IL 60712 | Unsecured | | $0.00 | $2,600.00 | $2,600.00 |
| 000020 070 7100-00 | TROSTRUD MOSAIC & TITLE INC 779 N DILLON DR WOOD DALE, ILLINOIS 60191 | Unsecured | | $0.00 | $1,837.00 | $1,837.00 |
| 000023 070 7100-00 | FLOORING RESORUCES CORPORATION 600 WEST PRATT BOULEVARD ELK GROVE VILLAGE, IL 60007-5113 | Unsecured Secured becomes unsecured per 7/14/14 Stipulation | | $0.00 | $20,915.30 | $20,915.30 |
| 000024 070 7100-00 | FLOORING RESOURCES 600 WEST PRATT BOULEVARD ELK GROVE VILLAGE, IL 60007 | Unsecured Stipulated Reduction of Claim [Dkt 92] | | $0.00 | $51,300.00 | $26,300.00 |
| 000025 070 7100-00 | FLOORING RESOURCES 600 WEST PRATT BOULEVARD ELK GROVE VILLAGE, IL 60007 | Unsecured Secured becomes unsecured per 7/14/14 Stipulation | | $0.00 | $5,200.00 | $5,200.00 |
| 000026 070 7100-00 | FLOORING RESOURCES 600 WEST PRATT BOULEVARD ELK GROVE VILLAGE, IL 60007 | Unsecured Secured becomes unsecured per 7/14/14 Stipulation | | $0.00 | $939.50 | $939.50 |
| 000028 070 7100-00 | ASCHER BROTHERS CO., INC. C/O BRIAN ELMAN 130 S. JEFFERSON SUITE 350 CHICAGO, IL 60661 | Unsecured Reduced per Order [Dkt 88] | | $0.00 | $19,900.00 | $13,512.00 |
| 000029 070 7100-00 | PREFERRED ELECTRICAL CONSTR. CORP 55 N. GARDEN AVENUE ROSELLE, IL 60172 | Unsecured | | $0.00 | $40,503.10 | $40,503.10 |
| 000030 070 7100-00 | LAFORCE, INC 1060 WEST MASON STREET GREEN BAY, WISCONSIN 54303 | Unsecured | | $0.00 | $28,719.50 | $28,719.50 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Page 4                                                                                              Date: September 04, 2014

Case Number:   12-18097                                    Claim Class Sequence
Debtor Name:   ICM, INC.

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000032 070 7100-00 | IMG TECHNOLOGIES, INC. C/O HINSHAW & CULBERTSON LLP ATTN: JOHN E. SEBASTIAN, ESQ. 222 N. LASALLE ST., SUITE 300 CHICAGO, ILLINOIS 60601 | Unsecured | | $0.00 | $18,657.80 | $18,657.80 |
| 000033 070 7100-00 | COMPETITIVE PIPE 141 WEST JACKSON BOULEVARD SUITE A-30 CHICAGO, IL 60604 | Unsecured | | $0.00 | $60,230.44 | $60,230.44 |
| 000034 070 7100-00 | DE LAGE LANDEN FINANCIAL SERVICES 1111 OLD EAGLE SCHOOL ROAD WAYNE, PA 19026 | Unsecured | | $0.00 | $3,645.76 | $3,645.76 |
| 000035 070 7100-00 | PROFESSIONAL MILLWORK, INC. 764 HAMILTON WAY BATAVIA, IL 60510 | Unsecured | Disallowed per Order [Dkt 84] | $0.00 | $3,000.00 | $0.00 |
| 000036 070 7100-00 | GRIFFIN PIPE PRODUCTS CO., INC. C/O THOMAS H. WILSON HEPLERBROOM LLC 400 SOUTH NINTH STREET SUITE 100 SPRINGFIELD, IL 62701 | Unsecured | Claim Withdrawn [Dkt 91] | $0.00 | $94,893.50 | $0.00 |
| 000037 070 7100-00 | ALTAIR ADVISORS, INC. GEORGE J. SPATHIS, ESQ. NORWOOD MARCUS & BERK CHARTERED 500 WEST MADISON STREET SUITE 3700 CHICAGO, IL 60661 | Unsecured | Stipulated Reduction Entered 6/18/14 [Dkt 89] from $51,300 to $25,000 | $0.00 | $51,300.00 | $25,000.00 |
| 000038 070 7100-00 | WILKIN INSULATION C/O JOHN O. NORLAND JR, 79 W MONROE S 823 CHICAGO, IL 60603 | Unsecured | Disallowed per Order [Dkt 81] | $0.00 | $8,834.00 | $0.00 |
| 000039 070 7100-00 | OEC BUSINESS INTERIORS 900 N. CHURCH ROAD ELMHURST, IL 60126 | Unsecured | | $0.00 | $10,320.00 | $10,320.00 |
| 000021 050 4110-00 | GIBSON ELECTRIC & TECHNOLOGY 3100 WOODCREEK DRIVE DOWNERS GROVE, IL 60515 | Secured | Disallowed per Order [Dkt 75] | $0.00 | $14,719.00 | $0.00 |
| 000022 050 4110-00 | FLOORING RESORUCES CORPORATION 600 WEST PRATT BOULEVARD ELK GROVE VILLAGE, IL 60007-5113 | Secured | Disallowed per Order [Dkt 84] | $0.00 | $1,740.00 | $0.00 |

| Page 5 | | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: September 04, 2014 |
|--------|--|--|--|--|--|--|

Case Number:    12-18097
Debtor Name:    ICM, INC.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|--------|------------------------|-------------|-------|-----------|---------|---------|
| 000027<br>050<br>4110-00 | FLOORING RESORUCES<br>CORPORATION<br>600 WEST PRATT BOULEVARD<br>ELK GROVE VILLAGE, IL<br>60007-5113 | Secured<br>Disallowed per Order [Dkt 81] | | $0.00 | $7,785.00 | $0.00 |
| 000031<br>050<br>4110-00 | ANNING-JOHNSON COMPANY<br>C/O SIMON FLEISCHMANN<br>LOCKE LORD LLP<br>111 S. WACKER DRIVE<br>CHICAGO, IL 60606 | Secured<br>Disallowed per Order [Dkt 75] | | $0.00 | $33,500.00 | $0.00 |
| | Case Totals: | | | $0.00 | $1,274,220.49 | $845,610.89 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-18097 CAD
Case Name: ICM, INC.
Trustee Name: CATHERINE STEEGE

Balance on hand                                          $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: CATHERINE STEEGE | $ | $ | $ |
| Attorney for Trustee Fees: JENNER & BLOCK LLP | $ | $ | $ |
| Attorney for Trustee Expenses: JENNER & BLOCK LLP | $ | $ | $ |
| Accountant for Trustee Fees: ALAN D. LASKO | $ | $ | $ |
| Accountant for Trustee Expenses: ALAN D. LASKO | $ | $ | $ |
| Other: International Sureties, Ltd. | $ | $ | $ |
| Other: ALAN D. LASKO | $ | $ | $ |
| Other: ALAN D. LASKO | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses      $_____

Remaining Balance                                          $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | BREAK THRU ENTERPRISES, INC. C/O DAVIS MCGRATH LLC 125 S. WACKER DR. STE 1700 CHICAGO, IL 60606 | $ | $ | $ |
| 000002 | RECYCLING SYSTEMS INC 3152 S CALIFORNIA AVE CHICAGO, IL 60608 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | TEE JAY SERVICE COMPANY 951 NORTH RADDANT ROAD P.O. BOX 369 BATAVIA, IL 60510 | $ | $ | $ |
| 000004 | ANCHOR MECHANICAL, INC. C/O JOHN J. CONWAY 120 WEST 22ND STREET, SUITE 100 OAK BROOK, IL 60523 | $ | $ | $ |
| 000005 | SMC ELECTRICAL CORPORATION 185 SOUTH LIVELY BOULEVARD ELK GROVE VILLAGE, IL 60007 | $ | $ | $ |
| 000008 | ADMIRAL MECHANICAL SERVICES 4150 LITT HILLSIDE, IL 60162 | $ | $ | $ |
| 000009 | ADMIRAL HEATING & VENTILATING 4150 LITT HILLSIDE, IL 60162 | $ | $ | $ |
| 000010 | REX ELECTIC C/O JOHN M. KRAFT BELONGIA SHAPIRO, LLP 20 S. CLARK STREET SUITE 300 CHICAGO, IL 60603 | $ | $ | $ |
| 000011 | COMMERCIAL CARPET CONSULTANTS, INC. 893 INDUSTRIAL DR. ELMHURST, IL 60126 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000012 | MIDCO, INC.<br>16 W 221 SHORE COURT<br>BURR RIDGE, IL 60527-5831 | $ | $ | $ |
| 000013 | OLD TOWNE FLOORS<br>C/O DENNIS M SBERTOLI<br>POB 1482<br>LA GRANGE PARK, IL 60526 | $ | $ | $ |
| 000014 | TRIANGLE DECORATING CO., LLC<br>C/O LOUIS J. PHILLIPS<br>PATZIK, FRANK & SAMOTNY LTD.<br>150 SOUTH WACKER DRIVE<br>SUITE 1500<br>CHICAGO, IL 60606 | $ | $ | $ |
| 000016 | EWING-DOHERTY MECHANICAL, INC.<br>C/O GENE EICH<br>6032 N. LINCOLN AVE.<br>MORTON GROVE, IL 60053 | $ | $ | $ |
| 000017 | CT MECHANICAL, LLC<br>C/O MORRISON, SALTZ & DAVENPORT<br>77 W WASHINGTON ST, #1611<br>CHICAGO, IL 60602 | $ | $ | $ |
| 000018 | AFFORDABLE CABINETS<br>1550 W. FULLERTON AVENUE<br>UNIT D<br>ADDISON, IL 60101 | $ | $ | $ |
| 000019 | INTERIOR CONCEPTS<br>7150 N. RIDGEWAY<br>LINCOLNWOOD, IL 60712 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000020 | TROSTRUD MOSAIC & TITLE INC 779 N DILLON DR WOOD DALE, ILLINOIS 60191 | $ | $ | $ |
| 000023 | FLOORING RESORUCES CORPORATION 600 WEST PRATT BOULEVARD ELK GROVE VILLAGE, IL 60007-5113 | $ | $ | $ |
| 000024 | FLOORING RESOURCES 600 WEST PRATT BOULEVARD ELK GROVE VILLAGE, IL 60007 | $ | $ | $ |
| 000025 | FLOORING RESOURCES 600 WEST PRATT BOULEVARD ELK GROVE VILLAGE, IL 60007 | $ | $ | $ |
| 000026 | FLOORING RESOURCES 600 WEST PRATT BOULEVARD ELK GROVE VILLAGE, IL 60007 | $ | $ | $ |
| 000028 | ASCHER BROTHERS CO., INC. C/O BRIAN ELMAN 130 S. JEFFERSON SUITE 350 CHICAGO, IL 60661 | $ | $ | $ |
| 000029 | PREFERRED ELECTRICAL CONSTR. CORP 55 N. GARDEN AVENUE ROSELLE, IL 60172 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000030 | LAFORCE, INC 1060 WEST MASON STREET GREEN BAY, WISCONSIN 54303 | $ | $ | $ |
| 000032 | IMG TECHNOLOGIES, INC. C/O HINSHAW & CULBERTSON LLP ATTN: JOHN E. SEBASTIAN, ESQ. 222 N. LASALLE ST., SUITE 300 CHICAGO, ILLINOIS 60601 | $ | $ | $ |
| 000033 | COMPETITIVE PIPE 141 WEST JACKSON BOULEVARD SUITE A-30 CHICAGO, IL 60604 | $ | $ | $ |
| 000034 | DE LAGE LANDEN FINANCIAL SERVICES 1111 OLD EAGLE SCHOOL ROAD WAYNE, PA 19026 | $ | $ | $ |
| 000037 | ALTAIR ADVISORS, INC. GEORGE J. SPATHIS, ESQ. NORWOOD MARCUS & BERK CHARTERED 500 WEST MADISON STREET SUITE 3700 CHICAGO, IL 60661 | $ | $ | $ |
| 000039 | OEC BUSINESS INTERIORS 900 N. CHURCH ROAD ELMHURST, IL 60126 | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE