### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ICM, Inc. | ) | Case No. 12-18097 |
| | ) | |
| Debtor. | ) | Hon. Carol A. Doyle |

### <u>NOTICE OF MOTION</u>

PLEASE TAKE NOTICE that on Wednesday, October 15, 2014, at 10:30 a.m. or as soon

thereafter as counsel may be heard, we shall appear before the Honorable Carol A. Doyle in

courtroom 742 at 219 South Dearborn Street, Chicago, Illinois, or before any other judge who

may be sitting in his place and stead, and present the attached **SECOND AND FINAL**

**APPLICATION OF ALAN D. LASKO & ASSOCIATES, P.C. FOR ALLOWANCE**

**COMPENSATION AND EXPENSES**, at which time and place you may appear if you so

desire.

CATHERINE STEEGE, not individually but as
Chapter 7 Trustee for the bankruptcy estate of
ICM, Inc.


BY:      _/s/ Catherine Steege_
          One of Her Attorneys

Catherine Steege (06183529)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois  60654-3456
PH:    312/923-2952
FAX:  312/840-7352

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **ICM, Inc.** | ) | **No. 12 B 18097** |
| | ) | |
| 36-2970109 | ) | **Chapter 7** |
| **Debtor** | ) | |
| | ) | **Hon. Carol A. Doyle** |

### SECOND AND FINAL APPLICATION
### OF ALAN D. LASKO & ASSOCIATES, P.C.
### FOR ALLOWANCE COMPENSATION AND EXPENSES

**ALAN D. LASKO AND ALAN D. LASKO & ASSOCIATES, P.C.,** Certified Public

Accountants, request second and final compensation of $2,203.70 and expenses of $33.63 for the

time period from April 30, 2013 through July 9, 2014. A detail is provided herein for the Estate,

which identifies by subject matter the services performed by the Applicant. Additional detail is

provided to reflect the function and individual performing said services. Lastly, each individual's

classification and hourly rate is also reflected. In addition, attached is the Affidavit pursuant to

Bankruptcy Rule 2016.


### INTRODUCTION


This Court has jurisdiction over this Second and Final Fee Application pursuant to 28 U.S.C. §

1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b). Venue is

proper pursuant to 28 U.S.C. §§ 1408 and 1409.

The statutory predicates for the relief requested herein are Sections 328, 330 and 331 of Title 11 of the United States Code (11 U.S.C. §§ 101-1532, the "Bankruptcy Code"), as supplemented by Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 5082-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois (the Local Rules"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 promulgated by the United States Department of Justice, dated on January 30, 1996 (the "UST Guidelines").

Under Rule 2016(b), the Firm has not shared, nor agreed to share, (a) any compensation it has received or may receive in these cases with another person or party other than the Firm's associates and other employees, or (b) any compensation another person or party has received or may receive in these cases.

## GENERAL

The Debtor filed a petition under Chapter 7 on or about May 2, 2012. A Trustee was subsequently appointed. On August 16, 2012, Alan D. Lasko & Associates, P.C. was approved by the Court as the accountants for the Trustee. Reflected in this Fee Application is the Applicant's time for assisting the Trustee in preparing the years 2013 and final 2014 short period S Corporation tax returns.

**FEE APPLICATION**

The fees sought by this Second and Final Fee Application reflect an aggregate of 14.7 hours of ADLPC's time spent and recorded in performing services during the Second and Final Compensation Period. This fee request does not include time that might be construed as duplicative or otherwise not beneficial to the Trustee or the Debtor's Estate, which has already been eliminated by ADLPC. In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered (d), the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

All of the services for which second and final compensation is sought were rendered solely in connection with this case, in furtherance of the duties and functions of the Trustee and not on behalf of any individual creditor or other person.

ADLPC has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services rendered in this case.

ADPC has not shared, or agreed to share (a) any compensation it has received or may receive with another party or person, other than with the associates of the Firm, or (b) any compensation another person or party has received or may receive. No promises have been received by ADLPC as to compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code.

3

## BREAKDOWN BY CATEGORIES

The categories in this Application as listed below:

## BILLING

The Applicant has incurred 1.2 hours in the preparation of this fee Application.

        Cost        <u>$118.00</u>

A recap of compensation for this category is as follows:

|  | Hours | Rate | Amount |
|---|---|---|---|
| A. Lasko | 0.2 | $  280.00 | $       56.00 |
| C. Wilson, Staff | 1.0 | 62.00 | 62.00 |
|  | 1.2 |  | $     118.00 |

## TAX PREPARATION

The Applicant incurred 13.5 hours in assisting the Trustee in preparing the entity's 2013 and final short period 2014 S Corporation tax returns. Also incurred in this category is the estimated preparation of the Estate's information tax returns.

        Cost        <u>$2,085.70</u>

4

A recap of compensation for this category is as follows:

| | Hours | Rate | Amount |
|---|---|---|---|
| A. Lasko (Post 05/01/14) | 1.5 | $ 280.00 | $ 420.00 |
| A. Lasko (Pre 05/01/14) | 2.9 | 278.00 | 806.20 |
| D. Komomidis, Tax Supervisor | 1.0 | 198.00 | 198.00 |
| K. Seyller, Senior | 0.3 | 125.00 | 37.50 |
| J. Lasko, Staff (Post 05/01/14) | 3.9 | 82.00 | 319.80 |
| J. Lasko, Staff (Pre 05/01/14) | 3.9 | 78.00 | 304.20 |
| | 13.5 | | $ 2,085.70 |

The Applicant reflects hourly rates and hours worked by each person by function. The recap also reflects the cost of each function performed. In order to assist the Court and parties in interest to evaluate this fee request, your Applicant has reflected below the range of rates charged by staff level.

| | | | |
|---|---|---|---|
| Owner | $275 | - | $280 |
| Manager/Director | 220 | - | 275 |
| Supervisors | 160 | - | 220 |
| Senior | 120 | - | 160 |
| Assistant | 65 | - | 120 |

To provide an orderly and meaningful summary of the services rendered by ADLPC in accordance with its employment, ADLPC has summarized the services provided by the project billing categories for its second and final fee period are as follows:

| Recap by Project | First Interim | Second and Final | Total |
|---|---|---|---|
| Billing | $ 117.00 | $ 118.00 | $ 235.00 |
| Tax Preparation | 1,757.50 | 2,085.70 | 3,843.20 |
| Net Request | $ 1,874.50 | $ 2,203.70 | $ 4,078.20 |

ICM, INC.

| Recap by Hour | Hours | Amount | Blended Rate |
|---|---|---|---|
| Billing | 2.4 | $    235.00 | $    97.92 |
| Tax Preparation | 24.7 | 3,843.20 | $    155.60 |
| | 27.1 | $    4,078.20 | $    150.49 |

## EXPENSES

It is the Firm's policy to charge its clients in all areas of practice for identifiable, non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client. It is the Firm's policy to charge its client only the amount actually incurred by the Firm in connection with such items. Examples of such expenses are postage, overnight mail, courier delivery, transportation, airfare, meals, and lodging.

| | First Interim | Secdond and Final | Total |
|---|---|---|---|
| Copy Costs | $    11.20 | $    19.50 | $    30.70 |
| Postage | 3.32 | 6.13 | 9.45 |
| Delivery | - | 8.00 | 8.00 |
| | $    14.52 | $    33.63 | $    48.15 |

The Applicant has received its First Interim compensation and expenses as follows:

| | Compensation | Expenses |
|---|---|---|
| 08/06/12-04/29/13 | $    1,874.50 | $    14.52 |

## ALLOWANCE OF COMPENSATION

The foregoing professional services rendered during the Compensation Period were necessary and appropriate to the administration of the Chapter 7 case and was in the best interests of the

6

parties in interest. Compensation for the foregoing services as requested is commensurate with the complexity, importance, and nature of the problems, issues, or tasks involved. ADLPC has taken significant efforts to ensure that the professional services were performed with expedience and in an efficient manner and without duplication of effort.

Section 330 provides that a court may award a professional employed under Section 327 of the Bankruptcy Code "reasonable compensation for actual necessary services rendered . . . and reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1). Section 330 also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded, the court should consider the nature, the extent, and the value of such services, taking into account all relevant factors, including.
>
> (A)    the time spent on such services;
>
> (B)    the rates charged for such services;
>
> (C)    whether the services were necessary to the administration of, or beneficial at the time the service was rendered toward the completion of, a case under this title;
>
> (D)    whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue or task addressed; and
>
> (E)    whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

Id. § 330(a)(3).

In the instant case, ADLPC respectfully submits that the services for which it seeks compensation in this Second and Final Fee Application were necessary for and beneficial to the

Trustee's efforts in administering the Debtor's Estate, and necessary to and in the best interests of the Debtor's Estate.   ADLPC further submits that the compensation requested herein is reasonable in light of the nature, extent, and value of such services provided to the Trustee and the Debtor's Estate.

The rates charged by ADLPC in this case are standard for any bankruptcy matter, and are identical to the rate it would charge throughout the country in any bankruptcy case of this size and prominence.

In sum, the services rendered by ADLPC were necessary and beneficial to the Debtor's Estate, and were consistently performed in a timely manner commensurate with the complexity, importance, and nature of the issues involved.   As shown by this Second and Final Fee Application and supporting exhibits, ADLPC incurred professional time economically and without unnecessary duplication of effort.   In addition, the work involved, and thus the time expended, was carefully assigned in view of the experience and expertise required for a particular task.   Accordingly, approval of the second and final compensation sought herein for the Compensation Period is warranted.

## CONCLUSION AND REQUEST FOR RELIEF

Based upon the foregoing, your Applicant submits that the relief requested is justified in the circumstances and its allowance would be appropriate. Therefore, the requested second and final compensation of $2,203.70 and expenses of $33.63 should be allowed for services by your Applicant for the period April 30, 2013 through July 9, 2014.

_____
Alan D. Lasko


Alan D. Lasko & Associates, P.C.
29 South LaSalle Street
Suite 1240
Chicago, Illinois  60603
(312) 332-1302

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ICM, Inc. | ) | No. 12 B 18097 |
| | ) | |
|     36-2970109 | ) | Chapter 7 |
|     Debtor | ) | |
| | ) | Hon. Carol A. Doyle |

### AFFIDAVIT PURSUANT TO BANKRUPTCY RULE 2016

STATE OF ILLINOIS)
          )        SS.
COUNTY OF COOK )

    I, Alan D. Lasko, being first duly sworn on oath, depose and state as follows:

1.     I am the owner of the Firm ALAN D. LASKO & ASSOCIATES, P.C. ("Lasko") and I am authorized to execute this Affidavit on behalf of Lasko. Lasko is the Court-approved accountants for Catherine Steege, Chapter 7 Trustee in this case ("Trustee").

2.     I have read the Second and Final Application of Lasko, for allowable compensation and expenses ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Lasko has performed the services set forth and described in the Application at the request and pursuant to the direction of the Trustee.

3.     Lasko has previously received payments for services rendered in connection with this case from the Trustee. Lasko has not entered into any agreement or understanding between itself and any other person for the sharing of compensation received or to be received for services rendered to the Trustee in connection with these cases, except among the members and associates of the Firm.

4.     The Applicant has received its First Interim compensation and expenses as follows:

| | Compensation | | Expenses | |
|---|---|---|---|---|
| 08/06/12-04/29/13 | $ | 1,874.50 | $ | 14.52 |

10

FURTHER AFFIANT SAYETH NOT.

_____

Alan D. Lasko

Subscribed and Sworn to before me
this _4th_ day of July, 2014.

_Claudette Wilson_

Notary Public

OFFICIAL SEAL
CLAUDETTE WILSON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/10/16

**<u>EXHIBIT A</u>**

**<u>ORDER OF EMPLOYMENT</u>**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   12-18097 |
| | ) | |
| ICM, Inc. | ) | Chapter: 7 |
| | ) | Honorable Carol A. Doyle |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING MOTION TO RETAIN ACCOUNTANT

THIS MATTER COMING TO BE HEARD upon the Trustee's Motion To Retain Accountants; due and proper notice of the Motion having been given; the Court having heard from all interested parties; and the Court having jurisdiction over this core proceeding and being fully advised in the premises;

IT IS HEREBY ORDERED that:

1. The Trustee's Motion is hereby granted.

2. The Trustee is hereby authorized to retain Alan D. Lasko and the accounting firm of Alan D. Lasko & Associates, P.C. to act as her accountants, their compensation to await further order of Court.

Enter:

*Carol Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  August 16, 2012

**Prepared by:**

Catherine Steege (06183529)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL  60654-3456
PH: 312/923-2952
FX: 312-840-7352

**<u>EXHIBIT B</u>**

**<u>PERSONNEL</u>**

The following represents a description of the primary individuals in this engagement.

Alan D. Lasko – CPA, CIRA, CFF

Mr. Lasko has worked primarily in the bankruptcy field over the last 28 years. He brings his 38 years of experience in providing operational support to Chapter 11 and creditor committees, as well as his technical abilities in various accounting and tax matters in bankruptcy cases. Mr. Lasko has been an expert witness, been appointed as a receiver in State Court, worked as a disbursing agent, made presentations to creditors and their committees and worked with debtor and creditor counsels in formulating plans of reorganizations and disclosure statements. Mr. Lasko is a member of the Certified Insolvency and Restructuring Advisors (CIRA), as well as being Certified in Financial Forensics (CFF). Mr. Lasko is also a member of the American Bankruptcy Institute, the American Institute of Certified Public Accountants and the Illinois CPA Society. Mr. Lasko also has instructed and has written seminars on various bankruptcy-related topics. Last, Mr. Lasko has broad accounting and tax experience in Chapter 7 cases.

Denise C. Konomidis, CPA – Tax Supervisor

Ms. Konomidis has 13 years of experience performing tax preparation and tax planning in public accounting. She has worked for a large and small public accounting firm and tax planning firm over this period. She has worked with commercial and individual accounts of various sizes. She has an Undergraduate Degree in Accounting from the University of Illinois. She is a Certified Public Accountant and a member of the American Institute of Certified Public Accountants and the Illinois CPA Society.

### Karen Seyller – Senior

Ms. Seyller had worked as a part-time intern for a tax law practice preparing income tax returns over two tax seasons. Subsequently, Ms. Seyller then had worked full time as a tax accountant for a medical care company over the last five years. Duties include the preparation of various types of tax returns of the business including but not limited to income tax returns, gross receipts returns, sales and use tax returns, as well as being involved in other general ledger duties of the company. Ms. Seyller has a Bachelor's Degree in Accounting from Saint Xavier University. She is also attending John Marshall Law School to complete her JD in 2014.

### Joseph Lasko – Staff

Mr. Lasko is a third-year staff intern person performing accounting and tax services. Mr. Lasko has a Bachelor's Degree in Marketing from the University of Iowa. Mr. Lasko has also completed several post graduate accounting courses.

## EXHIBIT C

## STAFF LEVELS

## STAFF LEVEL – SUPERVISORS, SENIORS AND ASSISTANTS

SUPERVISORS

After a period of several years of experience, senior accountants are advanced to the supervisory level. Supervisors have administrative and overview responsibility on a broader level than senior accountants. Supervisors are responsible to keep the manager abreast of the progress of the engagement of the problems encountered in a particular circumstance.

SENIORS

After a period of usually 2 to 3 years, an individual is advanced to the senior level. Seniors are primarily responsible for the day-to-day functions of fieldwork with the Court. In bankruptcy-related work, audit seniors may also perform specific tasks at the request of a manager or supervisor.

ASSISTANTS

Staff assistants usually execute basic assignments or tasks. In bankruptcy-related work, assistants primarily perform specific projects at specified times under the supervision of a senior, supervisor or manager.

## **EXHIBIT D**

## **ACTUAL TIME FROM TIME SLIPS**

## EXHIBIT D-1

## TAX PREPARATION

| | | | | |
|---|---|---|---|---|
| 7/9/2014 | | Alan D. Lasko & Associates, P.C. | | |
| 5:21 PM | | Pre-bill Worksheet | | Page    1 |

---

### Selection Criteria

| Clie.Selection | Include: ICM.002; ICM.012 |
|---|---|

Nickname      ICM.002 | 4075
Full Name     ICM, Inc.
Address       c/o Catherine Steege, Trustee
              353 N. Clark Street
              Chicago IL 60654-3456

| Phone 1 | | Phone 2 |
|---|---|---|
| Phone 3 | | Phone 4 |
| In Ref To | tax preparation | |
| Fees Arrg. | By billing value on each slip | |
| Expense Arrg. | By billing value on each slip | |
| Tax Profile | Exempt | |
| Last bill | 4/29/2013 | |
| Last charge | 7/9/2014 | |
| Last payment | 6/1/2013 | Amount | $1,772.02 |

| Date ID | User Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 1/16/2014 121813 | J. Lasko 800 | 78.00 | 1.40 | 109.20 | Billable |
| | Worked on 2013 1099's.   Input payee's into program, called and corresponded via email with payee's to obtain EIN number. | | | | |
| 1/16/2014 121827 | D. Konomidis 800 | 198.00 | 0.40 | 79.20 | Billable |
| | reviewed workpaper file re 1099 preparation to determine response to staff questions re missing information re 1099. | | | | |
| 1/25/2014 122160 | J. Lasko 800 | 78.00 | 0.40 | 31.20 | Billable |
| | completed information tax return with receipt of new information. | | | | |
| 1/28/2014 122404 | D. Konomidis 800 | 198.00 | 0.60 | 118.80 | Billable |
| | reviewed information tax returns. | | | | |
| 2/11/2014 122950 | J. Lasko 800 | 78.00 | 1.70 | 132.60 | Billable |
| | prepared workpapers and tax returns - first draft 2013 | | | | |
| 2/12/2014 123002 | A. Lasko 800 | 278.00 | 0.60 | 166.80 | Billable |
| | review of correspondence and prepared information request to trustee in order to prepare the final returns of this debtor s corporation. | | | | |

ICM.002:ICM, Inc. (continued)

| Date<br>ID | User<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 2/13/2014<br>123033 | A. Lasko<br>800 | 278.00 | 0.70 | 194.60 | Billable |
| | initial review of receipts and disbursements and prepared follow up<br>questions for trustee regarding same | | | | |
| 2/13/2014<br>123036 | A. Lasko<br>800 | 278.00 | 0.20 | 55.60 | Billable |
| | set up staff for changes to 2013 workpapers and tax returns | | | | |
| 2/14/2014<br>123053 | A. Lasko<br>800 | 278.00 | 0.90 | 250.20 | Billable |
| | review of workpapers and tax returns- 2013 | | | | |
| 2/14/2014<br>123054 | A. Lasko<br>800 | 278.00 | 0.30 | 83.40 | Billable |
| | sign off of federal and state tax returns and efile authorization letter for 2013 | | | | |
| 2/14/2014<br>123057 | J. Lasko<br>800 | 78.00 | 0.40 | 31.20 | Billable |
| | receipt of additional information and prepared changes to workpapers and<br>tax returns | | | | |
| 2/23/2014<br>123262 | A. Lasko<br>800 | 278.00 | 0.20 | 55.60 | Billable |
| | review of file and prior correspondence and prepared follow up data request<br>to trustee regarding final 2014 tax preparation for estate | | | | |
| 7/1/2014<br>127013 | J. Lasko<br>800 | 82.00 | 1.70 | 139.40 | Billable |
| | preparation of workpapers and tax returns -short period final first draft | | | | |
| 7/1/2014<br>127019 | A. Lasko<br>800 | 280.00 | 0.20 | 56.00 | Billable |
| | assist staff with initial work related to final return | | | | |
| 7/1/2014<br>127020 | A. Lasko<br>800 | 280.00 | 0.20 | 56.00 | Billable |
| | follow up with trustee re: items considered as part of final return preparation | | | | |
| 7/5/2014<br>127078 | A. Lasko<br>800 | 280.00 | 0.30 | 84.00 | Billable |
| | review of data received from trustee and set staff up for additional work<br>related to entity's final tax return work | | | | |
| 7/7/2014<br>127112 | J. Lasko<br>800 | 82.00 | 0.80 | 65.60 | Billable |
| | preparation of woripapers and tax returns - additions and changes  based<br>upon additional information received | | | | |

ICM.002:ICM, Inc. (continued)

| Date ID | User Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 7/7/2014 127208 | A. Lasko 800 | 280.00 | 0.40 | 112.00 | Billable |
| | review of workpapers and tax returns - changes made to final return | | | | |
| 7/9/2014 127209 | A. Lasko 800 | 280.00 | 0.40 | 112.00 | Billable |
| | sign off of federal and state final income tax returns for 2014 | | | | |
| 7/9/2014 127220 | J. Lasko 800 | 82.00 | 1.40 | 114.80 | Billable |
| | Estimated time to prepare the estate's final information tax returns and cover letter to the trustee | | | | |
| 7/9/2014 127221 | K. Seyller 800 | 125.00 | 0.30 | 37.50 | Billable |
| | Estimated time to review the estate's final information tax returns and cover letter to the trustee | | | | |

| TOTAL | Billable Fees | | 13.50 | | $2,085.70 |
|---|---|---|---|---|---|

| Date ID | User Expense | Price Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 1/29/2014 122455 | C. Wilson 115 | 1.90 | 1.000 | 1.90 | Billable |
| | Photocopy costs for 2013 Forms 1096 and 1099 information tax returns - 19 pages @ $.10 per page. | | | | |
| 1/29/2014 122456 | C. Wilson 105 | 2.84 | 1.000 | 2.84 | Billable |
| | Postage for 2013 Forms 1096 and 1099 information tax returns. | | | | |
| 2/14/2014 123071 | C. Wilson 115 | 9.30 | 1.000 | 9.30 | Billable |
| | Photocopy costs for 2013 Forms 1120S income tax returns - 93 pages @ $.10 per page. | | | | |
| 2/14/2014 123072 | C. Wilson 105 | 3.29 | 1.000 | 3.29 | Billable |
| | Postage for 2013 Forms 1120S income tax returns sent to Catherine Steege. | | | | |
| 7/8/2014 127182 | C. Wilson 115 | 8.30 | 1.000 | 8.30 | Billable |
| | Photocopy costs for 2014 Forms 1120S income tax returns - 83 pages @ $.10 per page. | | | | |

7/9/2014                                Alan D. Lasko & Associates, P.C.
5:21 PM                                      Pre-bill Worksheet                              Page        4

ICM.002:ICM, Inc. (continued)

| Date<br>ID | User<br>Expense | Price<br>Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 7/9/2014<br>127222 | C. Wilson<br>116 | 8.00 | 1.000 | 8.00 | Billable |
| | Delivery of 2014 Form 1120S income tax return - confirmation<br>#1404358943. | | | | |

| | | | | | |
|---|---|---|---|---|---|
| TOTAL | Billable Costs | | | | $33.63 |

## Calculation of Fees and Costs

| | Amount | Total |
|---|---|---|
| Fees Bill Arrangement: Slips<br>By billing value on each slip. | | |
| Total of billable time slips<br>Total of Fees (Time Charges) | $2,085.70 | $2,085.70 |
| Costs Bill Arrangement: Slips<br>By billing value on each slip. | | |
| Total of billable expense slips<br>Total of Costs (Expense Charges) | $33.63 | $33.63 |
| Total new charges | | $2,119.33 |
| Previous Balance<br>120 Days<br>Total Previous Balance | $1,772.02 | $1,772.02 |

Accounts Receivables

| Date\|ID | Type | Description | | |
|---|---|---|---|---|
| 6/1/2013<br>14770 | PAY | Payment - thank you | ($1,772.02) | |
| Total Accounts Receivable | | | | ($1,772.02) |

| | Amount | Total |
|---|---|---|
| New Balance<br>Current | $2,119.33 | |
| Total New Balance | | $2,119.33 |

**EXHIBIT D-2**

**BILLING TIME**

7/9/2014
5:21 PM

Alan D. Lasko & Associates, P.C.
Pre-bill Worksheet

Page     5

| | | | | |
|---|---|---|---|---|
| Nickname | ICM.012 \| 4076 | | | |
| Full Name | ICM, Inc. | | | |
| Address | c/o Catherine Steege, Trustee | | | |
| | 353 N. Clark Street | | | |
| | Chicago IL 60654-3456 | | | |
| Phone 1 | | Phone 2 | | |
| Phone 3 | | Phone 4 | | |
| In Ref To | fee petition | | | |
| Fees Arrg. | By billing value on each slip | | | |
| Expense Arrg. | By billing value on each slip | | | |
| Tax Profile | Exempt | | | |
| Last bill | 4/29/2013 | | | |
| Last charge | 7/9/2014 | | | |
| Last payment | 6/1/2013 | Amount | $117.00 | |

| Date
ID | User
Task | Rate
Markup % | Hours
DNB Time | Amount
DNB Amt | Total |
|---|---|---|---|---|---|
| 7/9/2014
127225 | C. Wilson
800 | 62.00 | 1.00 | 62.00 | Billable |
| | Prepared fee petition. | | | | |
| 7/9/2014
127226 | A. Lasko
800 | 280.00 | 0.20 | 56.00 | Billable |
| | Prepared fee petition | | | | |
| TOTAL | Billable Fees | | 1.20 | | $118.00 |

Total of billable expense slips                                              $0.00

---

## Calculation of Fees and Costs

| | Amount | Total |
|---|---|---|
| Fees Bill Arrangement: Slips
By billing value on each slip. | | |
| Total of billable time slips | $118.00 | |
| Total of Fees (Time Charges) | | $118.00 |
| Total of Costs (Expense Charges) | | $0.00 |
| Total new charges | | $118.00 |
| Previous Balance
120 Days | $117.00 | |
| Total Previous Balance | | $117.00 |

7/9/2014                         Alan D. Lasko & Associates, P.C.
5:21 PM                              Pre-bill Worksheet                        Page      6

ICM.012:ICM, Inc. (continued)

|  | Amount | Total |
|---|---|---|
| **Accounts Receivables** | | |
| Date\|ID      Type   Description | | |
| 6/1/2013 PAY   Payment - thank you | ($117.00) | |
| 14769 | | |
| Total Accounts Receivable | | ($117.00) |
| | | |
| New Balance | | |
| Current | $118.00 | |
| | | |
| Total New Balance | | $118.00 |