UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

In re:                                          §
                                                §
ICM, INC.                                       §     Case No. 12-18097 CAD
                                                §
                                                §
           Debtor(s)                            §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that CATHERINE STEEGE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
      Clerk of the U. S. Bankruptcy Court
      219 South Dearborn
      Chicago, Illinois 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report must appear at the hearing.  A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on October 15, 2014, in Courtroom 742, United States Courthouse, 219 S. Dearborn Street, Chicago, IL  60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____           By: CLERK OF THE U.S. BANKRUPTCY
                                             COURT

*CATHERINE STEEGE*
*353 N. Clark Street*
*CHICAGO, IL 60654-3456*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

In re: §
§
ICM, INC. § Case No. 12-18097 CAD
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 417,608.48 |
| and approved disbursements of | $ | 246,858.32 |
| leaving a balance on hand of[1] | $ | 170,750.16 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: CATHERINE STEEGE | $ 24,130.42 | $ 0.00 | $ 24,130.42 |
| Attorney for Trustee Fees: JENNER & BLOCK LLP | $ 95,469.00 | $ 0.00 | $ 95,469.00 |
| Attorney for Trustee Expenses: JENNER & BLOCK LLP | $ 5,324.74 | $ 0.00 | $ 5,324.74 |
| Accountant for Trustee Fees: ALAN D. LASKO | $ 2,203.70 | $ 0.00 | $ 2,203.70 |
| Accountant for Trustee Expenses: ALAN D. LASKO | $ 33.63 | $ 0.00 | $ 33.63 |
| Other: International Sureties, Ltd. | $ 131.06 | $ 131.06 | $ 0.00 |
| Other: ALAN D. LASKO | $ 1,874.50 | $ 1,874.50 | $ 0.00 |
| Other: ALAN D. LASKO | $ 14.52 | $ 14.52 | $ 0.00 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Total to be paid for chapter 7 administrative expenses       $   127,161.49

Remaining Balance                                            $    43,588.67

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 716,429.32 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | BREAK THRU ENTERPRISES, INC. C/O DAVIS MCGRATH LLC 125 S. WACKER DR. STE 1700 CHICAGO, IL 60606 | $ 22,584.60 | $ 0.00 | $ 1,374.08 |
| 000002 | RECYCLING SYSTEMS INC 3152 S CALIFORNIA AVE CHICAGO, IL 60608 | $ 2,665.00 | $ 0.00 | $ 162.14 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | TEE JAY SERVICE COMPANY<br>951 NORTH RADDANT ROAD<br>P.O. BOX 369<br>BATAVIA, IL 60510 | $ 3,980.73 | $ 0.00 | $ 242.19 |
| 000004 | ANCHOR MECHANICAL, INC.<br>C/O JOHN J. CONWAY<br>120 WEST 22ND STREET, SUITE 100<br>OAK BROOK, IL 60523 | $ 10,915.09 | $ 0.00 | $ 664.09 |
| 000005 | SMC ELECTRICAL CORPORATION<br>185 SOUTH LIVELY BOULEVARD<br>ELK GROVE VILLAGE, IL 60007 | $ 17,048.00 | $ 0.00 | $ 1,037.23 |
| 000008 | ADMIRAL MECHANICAL SERVICES<br>4150 LITT<br>HILLSIDE, IL 60162 | $ 78,817.00 | $ 0.00 | $ 4,795.35 |
| 000009 | ADMIRAL HEATING & VENTILATING<br>4150 LITT<br>HILLSIDE, IL 60162 | $ 24,041.00 | $ 0.00 | $ 1,462.69 |
| 000010 | REX ELECTIC<br>C/O JOHN M. KRAFT<br>BELONGIA SHAPIRO, LLP<br>20 S. CLARK STREET SUITE 300<br>CHICAGO, IL 60603 | $ 82,192.00 | $ 0.00 | $ 5,000.69 |
| 000011 | COMMERCIAL CARPET CONSULTANTS, INC.<br>893 INDUSTRIAL DR.<br>ELMHURST, IL 60126 | $ 3,457.25 | $ 0.00 | $ 210.34 |
| 000012 | MIDCO, INC.<br>16 W 221 SHORE COURT<br>BURR RIDGE, IL 60527-5831 | $ 4,500.00 | $ 0.00 | $ 273.79 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000013 | OLD TOWNE FLOORS C/O DENNIS M SBERTOLI POB 1482 LA GRANGE PARK, IL 60526 | $ 52,111.00 | $ 0.00 | $ 3,170.52 |
| 000014 | TRIANGLE DECORATING CO., LLC C/O LOUIS J. PHILLIPS PATZIK, FRANK & SAMOTNY LTD. 150 SOUTH WACKER DRIVE SUITE 1500 CHICAGO, IL 60606 | $ 109,173.28 | $ 0.00 | $ 6,642.27 |
| 000016 | EWING-DOHERTY MECHANICAL, INC. C/O GENE EICH 6032 N. LINCOLN AVE. MORTON GROVE, IL 60053 | $ 22,990.00 | $ 0.00 | $ 1,398.75 |
| 000017 | CT MECHANICAL, LLC C/O MORRISON, SALTZ & DAVENPORT 77 W WASHINGTON ST, #1611 CHICAGO, IL 60602 | $ 3,915.99 | $ 0.00 | $ 238.25 |
| 000018 | AFFORDABLE CABINETS 1550 W. FULLERTON AVENUE UNIT D ADDISON, IL 60101 | $ 19,657.98 | $ 0.00 | $ 1,196.02 |
| 000019 | INTERIOR CONCEPTS 7150 N. RIDGEWAY LINCOLNWOOD, IL 60712 | $ 2,600.00 | $ 0.00 | $ 158.19 |
| 000020 | TROSTRUD MOSAIC & TITLE INC 779 N DILLON DR WOOD DALE, ILLINOIS 60191 | $ 1,837.00 | $ 0.00 | $ 111.77 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000023 | FLOORING RESORUCES CORPORATION 600 WEST PRATT BOULEVARD ELK GROVE VILLAGE, IL 60007-5113 | $ 20,915.30 | $ 0.00 | $ 1,272.52 |
| 000024 | FLOORING RESOURCES 600 WEST PRATT BOULEVARD ELK GROVE VILLAGE, IL 60007 | $ 26,300.00 | $ 0.00 | $ 1,600.13 |
| 000025 | FLOORING RESOURCES 600 WEST PRATT BOULEVARD ELK GROVE VILLAGE, IL 60007 | $ 5,200.00 | $ 0.00 | $ 316.38 |
| 000026 | FLOORING RESOURCES 600 WEST PRATT BOULEVARD ELK GROVE VILLAGE, IL 60007 | $ 939.50 | $ 0.00 | $ 57.16 |
| 000028 | ASCHER BROTHERS CO., INC. C/O BRIAN ELMAN 130 S. JEFFERSON SUITE 350 CHICAGO, IL 60661 | $ 13,512.00 | $ 0.00 | $ 822.09 |
| 000029 | PREFERRED ELECTRICAL CONSTR. CORP 55 N. GARDEN AVENUE ROSELLE, IL 60172 | $ 40,503.10 | $ 0.00 | $ 2,464.27 |
| 000030 | LAFORCE, INC 1060 WEST MASON STREET GREEN BAY, WISCONSIN 54303 | $ 28,719.50 | $ 0.00 | $ 1,747.34 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000032 | IMG TECHNOLOGIES, INC. C/O HINSHAW & CULBERTSON LLP ATTN: JOHN E. SEBASTIAN, ESQ. 222 N. LASALLE ST., SUITE 300 CHICAGO, ILLINOIS 60601 | $ 18,657.80 | $ 0.00 | $ 1,135.17 |
| 000033 | COMPETITIVE PIPE 141 WEST JACKSON BOULEVARD SUITE A-30 CHICAGO, IL 60604 | $ 60,230.44 | $ 0.00 | $ 3,664.51 |
| 000034 | DE LAGE LANDEN FINANCIAL SERVICES 1111 OLD EAGLE SCHOOL ROAD WAYNE, PA 19026 | $ 3,645.76 | $ 0.00 | $ 221.81 |
| 000037 | ALTAIR ADVISORS, INC. GEORGE J. SPATHIS, ESQ. NORWOOD MARCUS & BERK CHARTERED 500 WEST MADISON STREET SUITE 3700 CHICAGO, IL 60661 | $ 25,000.00 | $ 0.00 | $ 1,521.04 |
| 000039 | OEC BUSINESS INTERIORS 900 N. CHURCH ROAD ELMHURST, IL 60126 | $ 10,320.00 | $ 0.00 | $ 627.89 |

Total to be paid to timely general unsecured creditors     $     43,588.67

Remaining Balance                                         $          0.00


Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/CATHERINE STEEGE, TRUSTEE

*CATHERINE STEEGE*
*353 N. Clark Street*
*CHICAGO, IL 60654-3456*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.