UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
ICM, INC. § Case No. 12-18097 CAD
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that CATHERINE STEEGE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   Clerk of the U. S. Bankruptcy Court
   219 South Dearborn
   Chicago, Illinois 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report must appear at the hearing.  A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on October 15, 2014, in Courtroom 742, United States Courthouse, 219 S. Dearborn Street, Chicago, IL  60604.

   If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____   By: CLERK OF THE U.S. BANKRUPTCY COURT
                                                                                      _____

CATHERINE STEEGE
353 N. Clark Street
CHICAGO, IL 60654-3456

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
ICM, INC. § Case No. 12-18097 CAD
 §
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---:|---:|
| The Final Report shows receipts of | $ | 417,608.48 |
| and approved disbursements of | $ | 246,858.32 |
| leaving a balance on hand of[1] | $ | 170,750.16 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: CATHERINE STEEGE | $ 24,130.42 | $ 0.00 | $ 24,130.42 |
| Attorney for Trustee Fees: JENNER & BLOCK LLP | $ 95,469.00 | $ 0.00 | $ 95,469.00 |
| Attorney for Trustee Expenses: JENNER & BLOCK LLP | $ 5,324.74 | $ 0.00 | $ 5,324.74 |
| Accountant for Trustee Fees: ALAN D. LASKO | $ 2,203.70 | $ 0.00 | $ 2,203.70 |
| Accountant for Trustee Expenses: ALAN D. LASKO | $ 33.63 | $ 0.00 | $ 33.63 |
| Other: International Sureties, Ltd. | $ 131.06 | $ 131.06 | $ 0.00 |
| Other: ALAN D. LASKO | $ 1,874.50 | $ 1,874.50 | $ 0.00 |
| Other: ALAN D. LASKO | $ 14.52 | $ 14.52 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Total to be paid for chapter 7 administrative expenses       $       127,161.49

Remaining Balance       $       43,588.67

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 716,429.32 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- | --- |
| 000001 | BREAK THRU ENTERPRISES, INC. C/O DAVIS MCGRATH LLC 125 S. WACKER DR. STE 1700 CHICAGO, IL 60606 | $ 22,584.60 | $ 0.00 | $ 1,374.08 |
| 000002 | RECYCLING SYSTEMS INC 3152 S CALIFORNIA AVE CHICAGO, IL 60608 | $ 2,665.00 | $ 0.00 | $ 162.14 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | TEE JAY SERVICE COMPANY<br>951 NORTH RADDANT ROAD<br>P.O. BOX 369<br>BATAVIA, IL 60510 | $ 3,980.73 | $ 0.00 | $ 242.19 |
| 000004 | ANCHOR MECHANICAL, INC.<br>C/O JOHN J. CONWAY<br>120 WEST 22ND STREET, SUITE 100<br>OAK BROOK, IL 60523 | $ 10,915.09 | $ 0.00 | $ 664.09 |
| 000005 | SMC ELECTRICAL CORPORATION<br>185 SOUTH LIVELY BOULEVARD<br>ELK GROVE VILLAGE, IL 60007 | $ 17,048.00 | $ 0.00 | $ 1,037.23 |
| 000008 | ADMIRAL MECHANICAL SERVICES<br>4150 LITT<br>HILLSIDE, IL 60162 | $ 78,817.00 | $ 0.00 | $ 4,795.35 |
| 000009 | ADMIRAL HEATING & VENTILATING<br>4150 LITT<br>HILLSIDE, IL 60162 | $ 24,041.00 | $ 0.00 | $ 1,462.69 |
| 000010 | REX ELECTIC<br>C/O JOHN M. KRAFT<br>BELONGIA SHAPIRO, LLP<br>20 S. CLARK STREET SUITE 300<br>CHICAGO, IL 60603 | $ 82,192.00 | $ 0.00 | $ 5,000.69 |
| 000011 | COMMERCIAL CARPET CONSULTANTS, INC.<br>893 INDUSTRIAL DR.<br>ELMHURST, IL 60126 | $ 3,457.25 | $ 0.00 | $ 210.34 |
| 000012 | MIDCO, INC.<br>16 W 221 SHORE COURT<br>BURR RIDGE, IL 60527-5831 | $ 4,500.00 | $ 0.00 | $ 273.79 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000013 | OLD TOWNE FLOORS C/O DENNIS M SBERTOLI POB 1482 LA GRANGE PARK, IL 60526 | $ 52,111.00 | $ 0.00 | $ 3,170.52 |
| 000014 | TRIANGLE DECORATING CO., LLC C/O LOUIS J. PHILLIPS PATZIK, FRANK & SAMOTNY LTD. 150 SOUTH WACKER DRIVE SUITE 1500 CHICAGO, IL 60606 | $ 109,173.28 | $ 0.00 | $ 6,642.27 |
| 000016 | EWING-DOHERTY MECHANICAL, INC. C/O GENE EICH 6032 N. LINCOLN AVE. MORTON GROVE, IL 60053 | $ 22,990.00 | $ 0.00 | $ 1,398.75 |
| 000017 | CT MECHANICAL, LLC C/O MORRISON, SALTZ & DAVENPORT 77 W WASHINGTON ST, #1611 CHICAGO, IL 60602 | $ 3,915.99 | $ 0.00 | $ 238.25 |
| 000018 | AFFORDABLE CABINETS 1550 W. FULLERTON AVENUE UNIT D ADDISON, IL 60101 | $ 19,657.98 | $ 0.00 | $ 1,196.02 |
| 000019 | INTERIOR CONCEPTS 7150 N. RIDGEWAY LINCOLNWOOD, IL 60712 | $ 2,600.00 | $ 0.00 | $ 158.19 |
| 000020 | TROSTRUD MOSAIC & TITLE INC 779 N DILLON DR WOOD DALE, ILLINOIS 60191 | $ 1,837.00 | $ 0.00 | $ 111.77 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000023 | FLOORING RESORUCES CORPORATION 600 WEST PRATT BOULEVARD ELK GROVE VILLAGE, IL 60007-5113 | $ 20,915.30 | $ 0.00 | $ 1,272.52 |
| 000024 | FLOORING RESOURCES 600 WEST PRATT BOULEVARD ELK GROVE VILLAGE, IL 60007 | $ 26,300.00 | $ 0.00 | $ 1,600.13 |
| 000025 | FLOORING RESOURCES 600 WEST PRATT BOULEVARD ELK GROVE VILLAGE, IL 60007 | $ 5,200.00 | $ 0.00 | $ 316.38 |
| 000026 | FLOORING RESOURCES 600 WEST PRATT BOULEVARD ELK GROVE VILLAGE, IL 60007 | $ 939.50 | $ 0.00 | $ 57.16 |
| 000028 | ASCHER BROTHERS CO., INC. C/O BRIAN ELMAN 130 S. JEFFERSON SUITE 350 CHICAGO, IL 60661 | $ 13,512.00 | $ 0.00 | $ 822.09 |
| 000029 | PREFERRED ELECTRICAL CONSTR. CORP 55 N. GARDEN AVENUE ROSELLE, IL 60172 | $ 40,503.10 | $ 0.00 | $ 2,464.27 |
| 000030 | LAFORCE, INC 1060 WEST MASON STREET GREEN BAY, WISCONSIN 54303 | $ 28,719.50 | $ 0.00 | $ 1,747.34 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000032 | IMG TECHNOLOGIES, INC. C/O HINSHAW & CULBERTSON LLP ATTN: JOHN E. SEBASTIAN, ESQ. 222 N. LASALLE ST., SUITE 300 CHICAGO, ILLINOIS 60601 | $ 18,657.80 | $ 0.00 | $ 1,135.17 |
| 000033 | COMPETITIVE PIPE 141 WEST JACKSON BOULEVARD SUITE A-30 CHICAGO, IL 60604 | $ 60,230.44 | $ 0.00 | $ 3,664.51 |
| 000034 | DE LAGE LANDEN FINANCIAL SERVICES 1111 OLD EAGLE SCHOOL ROAD WAYNE, PA 19026 | $ 3,645.76 | $ 0.00 | $ 221.81 |
| 000037 | ALTAIR ADVISORS, INC. GEORGE J. SPATHIS, ESQ. NORWOOD MARCUS & BERK CHARTERED 500 WEST MADISON STREET SUITE 3700 CHICAGO, IL 60661 | $ 25,000.00 | $ 0.00 | $ 1,521.04 |
| 000039 | OEC BUSINESS INTERIORS 900 N. CHURCH ROAD ELMHURST, IL 60126 | $ 10,320.00 | $ 0.00 | $ 627.89 |

Total to be paid to timely general unsecured creditors       $       43,588.67

Remaining Balance       $       0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/CATHERINE STEEGE, TRUSTEE

*CATHERINE STEEGE*
*353 N. Clark Street*
*CHICAGO, IL 60654-3456*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                                  United States Bankruptcy Court
                                  Northern District of Illinois
In re:                                                                                  Case No. 12-18097-CAD
ICM, Inc.                                                                               Chapter 7
          Debtor                        CERTIFICATE OF NOTICE
District/off: 0752-1            User: gbeemster             Page 1 of 3                  Date Rcvd: Sep 11, 2014
                                Form ID: pdf006             Total Noticed: 103


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2014.
db           +ICM, Inc.,    53 West Jackson,    Suite 964,    Chicago, IL 60604-3847
18860529     +AT&T,    PO Box 5019,    Aurora, IL 60507
18954638     +AVI SPL Intergrated,     2266 Palmer Drive,    Schaumburg, IL 60173-3822
18860521     +Admiral Heating & Ventilating,     4150 Litt,    Hillside, IL 60162-1162
18860522     +Admiral Mechanical Services,     4150 Litt,    Hillside, IL 60162-1120
18860523     +Advanced Messenger,     485 North Milwaukee Avenue,    Chicago, IL 60654-8356
18860524     +Affordable Cabinets,     1550 W. Fullerton Avenue,    Unit D,    Addison, IL 60101-3028
19662160     +Altair Advisors, Inc.,     George J. Spathis, Esq.,    Norwood Marcus & Berk Chartered,
               500 West Madison Street Suite 3700,     Chicago, IL 60661-4591
18954657     +Alternative Business Solutions,     7101 Adams Street, Unit 4,    Willowbrook, IL 60527-8432
18954636     +Anchor Mechanical,    C/O John Conway,    Sullivan Hinks & Conway,
               120 w. 22nd Street, Suite 100,     Oak Brook, IL 60523-4067
18860525     #+Anchor Mechanical,     215 South Aberdeen,    Chicago, IL 60607-2901
19009250     +Anchor Mechanical, Inc.,     c/o John J. Conway,    120 West 22nd Street, Suite 100,
               Oak Brook, IL 60523-4067
18860526     +Anderson Lock,    PO Box 2294,    DesPlaines, IL 60017-2294
19362622      Anderson Lock Company, Ltd,     c/o Anderson Lock Company,    POB 2294,
               Des Plaines, IL 60017-2294
18860527     +Anning Johnson,    1959 Anson Drive,    Melrose Park, IL 60160-1088
19657744     +Anning-Johnson Company,     c/o Simon Fleischmann,    Locke Lord LLP,    111 S. Wacker Drive,
               Chicago, IL 60606-4409
18860528     +Ascher Brothers,    3033 West Fletcher Street,    Chicago, IL 60618-6901
19651840     +Ascher Brothers Co., Inc.,     c/o Brian Elman,    130 S. Jefferson Suite 350,
               Chicago, IL 60661-5762
18954637     +Atlantic Plant,    2210 Oak Leaf Street,    Joliet, IL 60436-1894
18860531     +Bravo Interiors,    4042 N. Nashville Ave,    Chicago, IL 60634-1427
19518746     +Bravo Interiors, LLC,     c/o Richard L. Costella, Esquire,    Miles & Stockbridge P.C.,
               10 Light Street,    Baltimore, MD 21202-1435
18860532     +Break Thru Demolition,     315 Eisenhower Lane South,    Lombard, IL 60148-5406
18917776     +Break Thru Enterprises, Inc.,     c/o Davis McGrath LLC,    125 S. Wacker Dr. Ste 1700,
               Chicago, IL 60606-4478
19616422     +CT Mechanical, LLC,     c/o Morrison, Saltz & Davenport,    77 W Washington St, #1611,
               Chicago, IL 60602-3214
18860533     +Commercial Carpet Consultants, Inc.,     893 Industrial Dr.,    Elmhurst, IL 60126-1117
18860534     +Competitive Pipe,    141 West Jackson Boulevard,    Suite A-30,    Chicago, IL 60604-2951
18860535     +Continental Electric,    815 Commerce Drive,    Suite 100,    Oak Brook, IL 60523-8839
18954639     +Contract Industries,    6641 S. Narragansett,    Bedford Park, IL 60638-5111
18860537      Cushing and Company,    Dept. 10161,    PO Box 87618,    Chicago, IL 60680-0618
19660974     +De Lage Landen Financial Services,     1111 Old Eagle School Road,    Wayne, PA 19087-1453
18860538     +De Lage Landen Financial Services,     PO Box 41601,    Ref No. 24548895,
               Philadelphia, PA 19101-1601
18860539     +Ewing Doherty,    304 N. York,    Bensenville, IL 60106-1605
19535051     +Ewing-Doherty Mechanical, Inc.,     c/o Gene Eich,    6032 N. Lincoln Ave.,
               Morton Grove, IL 60053-2955
18860540     +F & G Roofing Company, LLC,     4234 W. 124th Place,    Alsip, IL 60803-1835
18954640     +F.H. Leinwebber Co., Inc.,     9812 S. Cicero Avenue,    Oak Lawn, IL 60453-3104
18860541     +Federal Express,    PO Box 94515,    PALATINE, IL 60094-4515
19647715      Flooring Resoruces Corporation,     600 West Pratt Boulevard,    Elk Grove Village, IL 60007-5113
18860542     +Flooring Resources,    600 West Pratt Boulevard,    Elk Grove Village, IL 60007-5113
18860543     +Gibson Electric & Technology,     3100 Woodcreek Drive,    Downers Grove, IL 60515-5414
18860544     +Glass Solutions, Inc.,     764 N. Oaklawn Avenue,    Elmhurst, IL 60126-1406
18954641     +Global Fire Protection,    5121 Thatcher Road,    Downers Grove, IL 60515-4029
18860546     +Great Lakes Plumbing,    4521 West Diversy Avenue,    Chicago, IL 60639-1925
19662158     +Griffin Pipe Products Co., Inc.,     c/o Thomas H. Wilson HeplerBroom LLC,    400 South Ninth,
               Street Suite 100,    Springfield, IL 62701-1998
18860547     +Hardt Electric,    4909 North Elston,    Chicago, IL 60630-2505
18954642     +Harmon, Inc,    580 West Crossroads Parkway,    Bolingbrook, IL 60440-3554
18860548     #+Harvard Maintenance, Inc.,     570 Seventh Avenue,    New York, NY 10018-1779
18860549     +Herner-Geissler,    400 N. Hermitage,    Chicago, IL 60622-6295
18860550     +IMG Technologies, Inc.,     c/o Hinshaw & Culbertson LLP,    Attn: John E. Sebastian, Esq.,
               222 N. LaSalle St., Suite 300,     Chicago, Illinois 60601-1081
18860551     +Interior Concepts,    7150 N. Ridgeway,    Lincolnwood, IL 60712-2622
18860552     +Janecyk Construction Company,     2307 136th Street,    Blue Island, IL 60406-3233
18860553     +Johns Plumbing,    3116 North Cicero,    Chicago, IL 60641-5151
18860554     +KJWW Engineering Consultants,     623 26th Avenue,    Rock Island, IL 61201-5290
18860555     +LaForce Hardware,    1060 W. Mason Street,    Green Bay, WI 54303-1894
19655554     +LaForce, Inc,    1060 West Mason Street,    Green Bay, Wisconsin 54303-1863
18954643     +Mark 1 Restoration Company,     1021 Maryland Avenue,    Dolton, IL 60419-2225
18954644     +Maverick Pools,    20370 North Rand Road,    Suite 206,    Palatine, IL 60074-2049
18860556     +Meridian Project Systems, Inc.,     Dept. 34250,    P.O.Box 39000,    San Francisco, CA 94139-0001
19411336     +Midco Inc.,    K. Guzan,    221 Shore Court,    Burr Ridge, IL 60527-5831
18860557     +Midco, Inc.,    16 W 221 Shore Court,    Burr Ridge, IL 60527-5868
18954645     +Midwest Decorating,    44W108 Route 20,    Hampshire, IL 60140-6200
18860558     +Millennium Piping,    162 N. Franklin,    Suite 300,    Chicago, IL 60606-1860
```

```
District/off: 0752-1           User: gbeemster             Page 2 of 3                   Date Rcvd: Sep 11, 2014
                               Form ID: pdf006             Total Noticed: 103

18860559       +Monadnock Building,    53 West Jackson,    Suite 850,    Chicago, IL 60604-3829
18860560       +OEC Business Interiors,    900 N. Church Road,    Elmhurst, IL 60126-1014
18954646       +OPC Communications,    208 S. LaSalle Street,    Chicago, IL 60604-1000
18860561       +Old Towne Floors,    c/o Dennis M Sbertoli,    POB 1482,    La Grange Park, IL 60526-9582
18860562        Pitney Bowes Inc.,    PO Box 371887,    Pittsburgh, PA 15250-7887
18954647       +Precision Control Systems chicago,    1980 Univesity Lane,    Lisl IL 60532-4015
18860563       +Preferred Electrical Constr. Corp,    55 N. Garden Avenue,    Roselle, IL 60172-1700
18860564       +Premium Electric,    655 Lunt Avenue,    Schaumburg, IL 60193-4410
18860565       +Professional Millwork,    649 Heartland Drive,    Sugar Grove, IL 60554-9594
19661024       +Professional Millwork, Inc.,    764 Hamilton Way,    Batavia, IL 60510-7708
18954648       +Progress Elecric Company,    5722 S. Central Avenue,    Chicago, IL 60638-3796
18954649       +R. Carrozza Plumbing,    9226 West Chestnut Avenue,    Franklin Park, IL 60131-3014
18860569       +RSI Recyling Systems,    3152 South California,    Chicago, IL 60608-5112
18860566       +Raffin Construction,    744 E. 113th Street,    Chicago, IL 60628-5116
19301720       +Recycling Systems Inc,    3152 S California Ave,    Chicago, IL 60608-5112
18954650       +Regency Title Inc,    1540 Hecht Drive,    Unit L,    Bartlett, IL 60103-1699
18954651       +Rex Electic,    c/o John M. Kraft,    Belongia Shapiro, LLP,    20 S. Clark Street Suite 300,
                 Chicago, IL 60603-1896
18860567       +Rex Electric,    200 West Monroe, Suite 1700,    Chicago, IL 60606-5072
18860568       +Rice Mechanical,    809 W. Estes Ave,    Schaumburg, IL 60193-4406
18860570       +SMC Electrical Corporation,    185 South Lively Boulevard,    Elk Grove Village, IL 60007-1620
18954652       +STS Solutions,    444 N. Wells Street,    Suite 201,    Chicago, IL 60654-4522
18954685       +Shaun Druckmiller,    843 s. Clinton,    Oak Park, IL 60304-1116
18860571       +Stone Installation & Maintenance, Inc.,    570 Mitchell Rd.,    Glendale Heights, IL 60139-2581
18954653       +Tee Jay Door Service,    951 North Raddant Road,    Batavia, IL 60510-4216
18954654       +The McDonald Group,    1436 emerald Avenue,    Chicago, I  60607-4440
18860573       +Thomas Alarm,    P.O. Box 699,    Yorkville, IL 60560-0699
19357081       +Thomas Alarm, Inc,    311 Church Street,    Yorkville, Illinois 60560-1327
18860574       +Thorne Associates, Inc.,    1450 West Randolph,    Chicago, IL 60607-1421
18860575        Triangle Decorating,    710 Remington Road,    Schaumburg, IL 60173-4551
19515742       +Triangle Decorating Co., LLC,    c/o Louis J. Phillips,    Patzik, Frank & Samotny Ltd.,
                 150 South Wacker Drive,    Suite 1500,    Chicago, IL 60606-4201
18954655        Trimark Marlin LLc,    6100 West 73rd Street,    Suite 1,    Bedford Park, Il 60499
19636752       +Trostrud Mosaic & Title Inc,    779 N Dillon Dr,    Wood Dale, Illinois 60191-1273
18860576       +Troustrud Tile,    779 N. Dillon Drive,    Wooddale, IL 60191-1273
18860577       +Trout Glass,    1579 S. Calumet Road,    Chesterton, IN 46304-3301
18954656       +U.S. Dismantlement,    2600 S. Troop,    Chicago, IL 60608-5716
18860578       +U.S. Fire Protection,    28427 North Ballard,    Unit H,    Lake Forest, IL 60045-4542
18860579       +Wacker Hardware,    1025 West Jackson Boulevard,    Chicago, IL 60607-2913
18860581       +Wilkin Insulation,    c/o John O. Norland Jr,,    79 W Monroe S 823,    Chicago, IL 60603-4919
19515739       +c/o Louis J. Phillips,    Patzik, Frank & Samotny Ltd.,    150 South Wacker Drive, Suite 1500,
                 Chicago, IL 60606-4201

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18860530        E-mail/Text: g20956@att.com Sep 12 2014 00:48:44     AT&T Mobility,    PO Box 6463,
                 Carol Stream, IL 60197-6463
18860545        E-mail/Text: scd_bankruptcynotices@grainger.com Sep 12 2014 00:47:31      Grainger,
                 DEPT. 866823545,    Palatine, IL 60038-0001
19175144       +Fax: 6304061456 Sep 12 2014 01:02:13      Tee Jay Service Company,    951 North Raddant Road,
                 P.O. Box 369,    Batavia, IL 60510-0369
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Jenner & Block LLP
19535050        ICM, Inc
19685368*      +OEC Business Interiors, Inc,    900 N Church Rd,    Elmhurst, IL 60126-1014
18860536      ##+CT Mechanical,    199 S. Addison Road,    Suite 107A,    Wood Dale, IL 60191-1978
18860572      ##+The CDC Group, Inc.,    1641 W. Carroll Avenue,    Chicago, IL 60612-2501
18860580      ##+Warehouse Direct,    1601 West Algonquin Road,    Mount Prospect, IL 60056-5503
                                                                                              TOTALS: 2, * 1, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: gbeemster             Page 3 of 3                   Date Rcvd: Sep 11, 2014
                              Form ID: pdf006             Total Noticed: 103
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2014                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 10, 2014 at the address(es) listed below:
              Brian G Elman    on behalf of Creditor    Ascher Brothers Co., Inc. belman@elsm.com
              Catherine L Steege, ESQ    on behalf of Trustee Catherine L. Steege, ESQ csteege@jenner.com,
               docketing@jenner.com
              Catherine L Steege, ESQ    on behalf of Defendant Catherine L. Steege, ESQ csteege@jenner.com,
               docketing@jenner.com
              Catherine L. Steege, ESQ    csteege@jenner.com, csteege@ecf.epiqsystems.com
              David L Kane    on behalf of Debtor    ICM, Inc. dkane@mpslaw.com,
               dnichols@mpslaw.com;mpslawllc@gmail.com;jlitwin@mpslaw.com
              Gini S. Marziani    on behalf of Creditor    Break Thru Enterprises, Inc
               gsmarziani@davismcgrath.com, mjoseph@davismcgrath.com,lmiller@davismcgrath.com
              James R Irving    on behalf of Creditor    71 South Wacker Drive Holdings LLC
               jim.irving@dlapiper.com,
               timothy.walsh@dlapiper.com;;lawrence.uchill@dlapiper.com;;william.coleman@dlapiper.com;;jason.kar
               affa@dlapiper.com;;docketingchicag@dlapiper.com
              Jennifer A Nielsen    on behalf of Creditor    Thorne Associates, Inc. jnielsen@lymannielsen.com,
               rhiss@lymannielsen.com;njohnson@lymannielsen.com;dbutusov@lymannielsen.com
              Jerrod V. Olszewski    on behalf of Creditor James S Jorgensen jerrodo@chilpwf.com,
               jerrod.olszewski@gmail.com;vedranaa@chilpwf.com;taniam@chilpwf.com
              Jerrod V. Olszewski    on behalf of Creditor    Laborers' Pension Fund and Laborers' Welfare Funds
                for the Health and Welfare Department of the Construction and General Laborers District Council
                of Chicago and Vicinity jerrodo@chilpwf.com,
               jerrod.olszewski@gmail.com;vedranaa@chilpwf.com;taniam@chilpwf.com
              Joel L Perrell    on behalf of Creditor    Bravo Interiors, LLC jperrell@milesstockbridge.com
              John J Conway    on behalf of Plaintiff    Anchor Mechanical, Inc. johnconway@shlawfirm.com
              John J Conway    on behalf of Creditor    Anchor Mechanical, Inc. johnconway@shlawfirm.com
              Kimberly D Musick    on behalf of Creditor    Griffin Pipe Products Co., Inc. kdm@heplerbroom.com
              Kyle A Lindsey    on behalf of Creditor    The Montauk Company klindsey@jnlegal.net,
               cjohnson@jnlegal.net
              Landon S Raiford    on behalf of Trustee Catherine L. Steege, ESQ lraiford@jenner.com,
               mmatlock@jenner.com
              Louis J Phillips    on behalf of Creditor    Triangle Decorating Co LLC lphillips@pfs-law.com,
               msiedlecki@pfs-law.com
              Louis J Phillips    on behalf of Creditor c/o Louis Phillips    Triangle Decorating Co., LLC
               lphillips@pfs-law.com, msiedlecki@pfs-law.com
              Mark B Grzymala    on behalf of Creditor    Premium Electric Services, Inc. mgrzymala@rolaw.net,
               grzymala@gmail.com
              Neha Tannan    on behalf of Creditor    Birdsong, Inc. ntannan@rusinlaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Simon A. Fleischmann    on behalf of Creditor    Anning-Johnson Company sfleischmann@lockelord.com,
               kmorehouse@lockelord.com;ttill@lockelord.com;chicagodocket@lockelord.com
                                                                                             TOTAL: 22
```