# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                              §
                                    §
ICM, INC.                           §      Case No. 12-18097
                                    §
_____Debtor(s)_____§_____

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

CATHERINE STEEGE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                        Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:        Claims Discharged
                                         Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on            .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/CATHERINE STEEGE _____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1st Fl Retail @ 208 - Account Receivable | 1121-000 | 53,502.00 |
| 208 Lobby - Account Receivable | 1121-000 | 9,526.00 |
| Akoo International 11-006 | 1121-000 | 82,210.00 |
| Hotel Kitchen Equipment @ 208 - 09-021 | 1121-000 | 508.00 |
| Hyatt Center Spec Suite 12-001 | 1121-000 | 160,330.00 |
| Spa @ 208 09-019 | 1121-000 | 22,619.00 |
| V2 Capital | 1121-000 | 37,013.00 |
| IRS - Overpayment | 1124-000 | 1,199.26 |
| Bank of America Checking Account | 1129-000 | 36,040.47 |
| RETURN OF LAW FIRM RETAINER | 1290-000 | 14,368.75 |
| Auto Policy Refund | 1290-000 | 292.00 |
| **TOTAL GROSS RECEIPTS** | | $417,608.48 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|-------|-------------|--------------------|---------------|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|-----------|----------|--------------------|--------------------------------|-----------------|----------------|-------------|
| 000031 | ANNING-JOHNSON COMPANY | | | | | |
| 000022 | FLOORING RESORUCES CORPORATION | | | | | |
| 000027 | FLOORING RESORUCES CORPORATION | | | | | |
| 000021 | GIBSON ELECTRIC & TECHNOLOGY | | | | | |
| | AG-WOA COLUMBIA CENTRE I OWNER, L.L | | | | | |
| | ANDERSON LOCK CO. LTD. | | | | | |
| | ANNING-JOHNSON COMPANY | | | | | |
| | ASCHER BROTHERS CO., INC. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BRAVO INTERIORS, LLC | | | | | |
| | EWING-DOHERTY MECHANICAL, INC. | | | | | |
| | FLOORING RESOURCES CORPORATION | | | | | |
| | GIBSON ELECTRIC CO., INC. | | | | | |
| | GLOBAL FIRE PROTECTION | | | | | |
| | HERNER-GEISSLER WOODWORKING CORP. | | | | | |
| | MIDWEST DECORATING | | | | | |
| | PRECISION CONTROL SYSTEMS | | | | | |
| | PROFESSIONAL MILLWORK, INC. | | | | | |
| | REGENCY TITLE & CARPET | | | | | |
| | SMC ELECTRICAL CORPORATION | | | | | |
| | THOMAS ALARM INC. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | THORNE ASSOCIATES, INC. | | | | | |
| | TRIANGLE DECORATING CO., LLC | | | | | |
| | UNITED STATES FIRE PROTECTION | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CATHERINE STEEGE, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| JENNER & BLOCK | | | | | |
| JENNER & BLOCK | | | | | |
| ALAN D. LASKO | | | | | |
| ALAN D. LASKO | | | | | |
| ALAN D. LASKO | | | | | |
| ALAN D. LASKO | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009 | ADMIRAL HEATING & VENTILATING | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000008 | ADMIRAL MECHANICAL SERVICES | | | | | |
| 000018 | AFFORDABLE CABINETS | | | | | |
| 000037 | ALTAIR ADVISORS, INC. | | | | | |
| 000004 | ANCHOR MECHANICAL, INC. | | | | | |
| 000007 | ANDERSON LOCK COMPANY, LTD | | | | | |
| 000028 | ASCHER BROTHERS CO., INC. | | | | | |
| 000015 | BRAVO INTERIORS, LLC | | | | | |
| 000001 | BREAK THRU ENTERPRISES, INC. | | | | | |
| 000011 | COMMERCIAL CARPET CONSULTANTS, INC. | | | | | |
| 000033 | COMPETITIVE PIPE | | | | | |
| 000017 | CT MECHANICAL, LLC | | | | | |
| 000034 | DE LAGE LANDEN FINANCIAL SERVICES | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000016 | EWING-DOHERTY MECHANICAL, INC. | | | | | |
| 000023 | FLOORING RESORUCES CORPORATION | | | | | |
| 000024 | FLOORING RESOURCES | | | | | |
| 000025 | FLOORING RESOURCES | | | | | |
| 000026 | FLOORING RESOURCES | | | | | |
| 000036 | GRIFFIN PIPE PRODUCTS CO., INC. | | | | | |
| 000032 | IMG TECHNOLOGIES, INC. | | | | | |
| 000019 | INTERIOR CONCEPTS | | | | | |
| 000030 | LAFORCE, INC | | | | | |
| 000012 | MIDCO, INC. | | | | | |
| 000039 | OEC BUSINESS INTERIORS | | | | | |
| 000013 | OLD TOWNE FLOORS | | | | | |
| 000029 | PREFERRED ELECTRICAL CONSTR. CORP | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000035 | PROFESSIONAL MILLWORK, INC. | | | | | |
| 000002 | RECYCLING SYSTEMS INC | | | | | |
| 000010 | REX ELECTIC | | | | | |
| 000005 | SMC ELECTRICAL CORPORATION | | | | | |
| 000003 | TEE JAY SERVICE COMPANY | | | | | |
| 000006 | THOMAS ALARM, INC | | | | | |
| 000014 | TRIANGLE DECORATING CO., LLC | | | | | |
| 000020 | TROSTRUD MOSAIC & TITLE INC | | | | | |
| 000038 | WILKIN INSULATION | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 12-18097 | CAD | Judge: CAROL A. DOYLE |
|---|---|---|---|
| Case Name: | ICM, INC. | | |

For Period Ending: 02/10/15

| Trustee Name: | CATHERINE STEEGE |
|---|---|
| Date Filed (f) or Converted (c): | 05/02/12 (f) |
| 341(a) Meeting Date: | 07/12/12 |
| Claims Bar Date: | 11/06/12 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. | Bank of America Checking Account | 33,649.95 | 33,649.95 | | 36,040.47 | FA |
| 2. | Office Equipment | 54,227.19 | 0.00 | | 0.00 | FA |
| 3. | Office Funiture | 38,753.50 | 0.00 | | 0.00 | FA |
| 4. | Life Insurance Policy(s)<br><br>Shaun Druckmiller Life Insurance Policy American General Life Companies, Contract No. YPIE0896031<br>Joe Bulger Life Insurance Policy Lincoln National Life Insurance Company, Policy No. ME7071004<br>Dan Eby Life Insurance Policy TransAmerica Life Insurance Company Policy No. 42543331 | 0.00 | 0.00 | | 0.00 | FA |
| 5. | Art | 5,500.00 | 0.00 | | 0.00 | FA |
| 6. | Software | 17,073.70 | 0.00 | | 0.00 | FA |
| 7. | VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 8. | VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 9. | RETURN OF LAW FIRM RETAINER (u) | 0.00 | 14,368.75 | | 14,368.75 | FA |
| 10. | 1st Fl Retail @ 208 - Account Receivable | 57,180.00 | 57,180.00 | | 53,502.00 | FA |
| | | | | | | |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:   2

Exhibit 8

| Case No: | 12-18097 | CAD | Judge: CAROL A. DOYLE |
|---|---|---|---|
| Case Name: | ICM, INC. | | |

Trustee Name:   CATHERINE STEEGE
Date Filed (f) or Converted (c):   05/02/12 (f)
341(a) Meeting Date:   07/12/12
Claims Bar Date:   11/06/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 11. 208 Lobby - Account Receivable | 199.00 | 9,526.00 | | 9,526.00 | FA |
| 12. 2111 W. Roosevelt - Service Work | 1,450.00 | 0.00 | | 0.00 | FA |
| 13. A/R Adjustments | 0.00 | 0.00 | | 0.00 | FA |
| 14. Akoo International 11-006 | 10,840.00 | 82,210.00 | | 82,210.00 | FA |
| 15. Elevator Call Buttons 8-041 | 0.00 | 0.00 | | 0.00 | FA |
| 16. Gore Creek Phase 3 11-024 | 68,323.10 | 0.00 | | 0.00 | FA |
| 17. Grubb & Ellis Service Work | 256.70 | 0.00 | | 0.00 | FA |
| 18. Hotel Kitchen Equipment @ 208 - 09-021 | 508.00 | 508.00 | | 508.00 | FA |
| 19. Hyatt Center Service Work | 175.00 | 0.00 | | 0.00 | FA |
| 20. Hyatt Center Spec Suite 12-001 | 147,674.30 | 160,330.00 | | 160,330.00 | FA |
| 21. Leahy 12-004 | 125,938.00 | 0.00 | | 0.00 | FA |
| 22. Netsphere | 558.00 | 0.00 | | 0.00 | FA |
| 23. New York Times | 3,758.40 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   3

Exhibit 8

| Case No: | 12-18097 | CAD | Judge: CAROL A. DOYLE |
|---|---|---|---|
| Case Name: | ICM, INC. | | |

| | |
|---|---|
| Trustee Name: | CATHERINE STEEGE |
| Date Filed (f) or Converted (c): | 05/02/12 (f) |
| 341(a) Meeting Date: | 07/12/12 |
| Claims Bar Date: | 11/06/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 24. Piper Jaffray 11-066 | 374.72 | 0.00 | | 0.00 | FA |
| 25. Spa @ 208 09-019 | 22,258.39 | 22,258.39 | | 22,619.00 | FA |
| 26. Trans System 10-005 | 11,448.00 | 0.00 | | 0.00 | FA |
| 27. V2 Capital | 32,893.00 | 37,013.00 | | 37,013.00 | FA |
| 28. IRS - Overpayment | 1,192.07 | 1,199.26 | | 1,199.26 | FA |
| 29. Auto Policy Refund (u) | 292.00 | 292.00 | | 292.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $634,523.02 | $418,535.35 | | $417,608.48 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR sent to UST on 7/15/14

Initial Projected Date of Final Report (TFR): 06/30/14     Current Projected Date of Final Report (TFR): 07/31/14

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 12-18097 -CAD | |
| Case Name: | ICM, INC. | |

Taxpayer ID No: *******0109
For Period Ending: 02/10/15

Trustee Name: CATHERINE STEEGE
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******9230 Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/09/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 292.00 | | 292.00 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 0.18 | 291.82 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 0.19 | 291.63 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 0.18 | 291.45 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 0.19 | 291.26 |
| 03/22/13 | 1 | Bank of America | Funds Transfer | 1129-000 | 36,040.47 | | 36,331.73 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.44 | 36,312.29 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 52.23 | 36,260.06 |
| 05/29/13 | 20 | 71 South Wacker Drive, LLC<br>71 South Wacker Drive<br>Chicago, IL 60606 | Accounts Receivable | 1121-000 | 160,330.00 | | 196,590.06 |
| 05/30/13 | 003001 | ALAN D. LASKO<br>ALAN D. LASKO & ASSOCIATES, P.C.<br>29 SOUTH LA SALLE STREET, #1240<br>CHICAGO, IL 60603 | First Interim Application | | | 1,889.02 | 194,701.04 |
| | | | Fees 1,874.50 | 3410-000 | | | |
| | | | Expenses 14.52 | 3420-000 | | | |

Page Subtotals 196,662.47 1,961.43

Ver: 18.04

FORM 2                                                                                      Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                          Exhibit 9

| Case No: | 12-18097 -CAD | Trustee Name: | CATHERINE STEEGE |
| Case Name: | ICM, INC. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9230  Checking Account |
| Taxpayer ID No: | *******0109 | | |
| For Period Ending: | 02/10/15 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/31/13 | 003002 | Anning-Johnson Company | Pymnt Pursuant 5/29/13 Court Order | 4120-000 | | 33,500.00 | 161,201.04 |
| 05/31/13 | 003003 | Triangle Decorating Co., LLC | Pymnt Pursuant 5/29/13 Court Order | 4120-000 | | 4,250.00 | 156,951.04 |
| 05/31/13 | 003004 | Bravo Interiors, LLC | Pymnt Pursuant 5/29/13 Court Order | 4120-000 | | 88,000.00 | 68,951.04 |
| 05/31/13 | 003005 | Gibson Electric Co., Inc. | Pymnt Pursuant 5/29/13 Court Order | 4120-000 | | 11,660.00 | 57,291.04 |
| 06/03/13 | 9 | Meltzer, Purtill & Stelle LLC Client Trust Fund Account 1515 E. Woodfield Road, Second Floor Schaumburg, IL  60173-5431 | Return of Law Firm Retainer | 1290-000 | 14,368.75 | | 71,659.79 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 76.97 | 71,582.82 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 153.91 | 71,428.91 |
| 07/26/13 | 14 | Susan O'Neal Construction Escrow Officer First American Title Insurance Company National Commercial Services 30 N. LaSalle Street, Suite 2700, Chicago, IL 60602 | | 1121-000 | 82,210.00 | | 153,638.91 |
| 07/26/13 | 003006 | Anderson Lock Co. Ltd. PO Box 2294 Des Plaines, IL  60017-2294 | Payment Pursuant to 7/17/13 Order | 4120-000 | | 4,500.00 | 149,138.91 |
| 07/26/13 | 003007 | Thorne Associates, Inc. | Payment Pursuant to 7/17/13 Order | 4120-000 | | 36,353.00 | 112,785.91 |

| | Page Subtotals | 96,578.75 | 178,493.88 |
|---|---|---|---|

Ver: 18.04

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 15)*

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-18097 -CAD |
| Case Name: | ICM, INC. |

| Taxpayer ID No: | *******0109 |
| For Period Ending: | 02/10/15 |

| Trustee Name: | CATHERINE STEEGE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9230  Checking Account |

| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 1450 West Randolph<br>Chicago, IL  60607-1421 | | | | | |
| 07/26/13 | 003008 | Regency Title & Carpet<br>1540 Hecht Drive<br>Unit L<br>Bartlett, IL  60103-1699<br>Attn:  Cathy Roberson | Payment Pursuant to 7/17/13 Order | 4120-000 | | 5,232.00 | 107,553.91 |
| 07/26/13 | 003009 | Flooring Resources Corporation<br>600 West Pratt Boulevard<br>Elk Grove Village, IL  60007-5113 | Payment Pursuant to 7/17/13 Order | 4110-000 | | 7,785.00 | 99,768.91 |
| 07/26/13 | 003010 | Midwest Decorating<br>44W108 US Highway 20<br>Hampshire, IL  60140-6200<br>Attn:  Emily Kamaris | Payment Pursuant to 7/17/13 Order | 4120-000 | | 7,885.00 | 91,883.91 |
| 07/26/13 | 003011 | Global Fire Protection<br>5121 Thatcher Road<br>Downers Grove, IL  60515-4029<br>Attn:  John Mammoser | Payment Pursuant to 7/17/13 Order | 4120-000 | | 5,015.00 | 86,868.91 |
| 07/26/13 | 003012 | AG-WOA Columbia Centre I Owner, L.L.C. | Payment Pursuant to 7/17/13 Order | 4120-000 | | 4,600.00 | 82,268.91 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 129.89 | 82,139.02 |
| 09/04/13 | 27 | GRE Prairie Glen LLC | | 1121-000 | 37,013.00 | | 119,152.02 |

Page Subtotals    37,013.00    30,646.89

Ver: 18.04

Page:    4

**Exhibit 9**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 12-18097  -CAD |
| Case Name: | ICM, INC. |
| | |
| Taxpayer ID No: | *******0109 |
| For Period Ending: | 02/10/15 |

| | |
|---|---|
| Trustee Name: | CATHERINE STEEGE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9230  Checking Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/09/13 | 003013 | Professional Millwork, Inc. 764 Hamilton Way Batavia, IL  60510 | Payment Pursuant to 7/24/13 Order | 4120-000 | | 3,000.00 | 116,152.02 |
| 09/09/13 | 003014 | Flooring Resources Corporation 600 West Pratt Boulevard Elk Grove Village, IL  60007-5113 | Payment Pursuant to 7/24/13 Order | 4120-000 | | 3,770.00 | 112,382.02 |
| 09/09/13 | 003015 | Triangle Decorating Co., LLC | Payment Pursuant to 7/24/13 Order | 4120-000 | | 4,094.00 | 108,288.02 |
| 09/09/13 | 003016 | United States Fire Protection 28427 North Ballard Unit H Lake Forest, IL  60045-4542 | Payment Pursuant to 7/24/13 Order | 4120-000 | | 1,900.00 | 106,388.02 |
| 09/09/13 | 003017 | Ewing-Doherty Mechanical, Inc. 6032 N. Lincoln Avenue Morton Grove, IL 60053 | Payment Pursuant to 7/24/13 Order | 4120-000 | | 825.00 | 105,563.02 |
| 09/09/13 | 003018 | SMC Electrical Corporation 185 S Lively Blvd Elk Grove Village, IL  60007 | Payment Pursuant to 7/24/13 Order | 4120-000 | | 5,522.00 | 100,041.02 |
| 09/09/13 | 003019 | Thomas Alarm Inc. 311 Church Street Yorkville, Illinois  60560 | Payment Pursuant to 7/24/13 Order | 4120-000 | | 1,000.00 | 99,041.02 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 149.16 | 98,891.86 |
| | | | | | | | |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 20,260.16 |

Ver: 18.04

FORM 2

Page:    5

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:         12-18097  -CAD

Case Name:    ICM, INC.

Taxpayer ID No:  *******0109

For Period Ending: 02/10/15

Trustee Name:        CATHERINE STEEGE

Bank Name:           ASSOCIATED BANK

Account Number / CD #:    *******9230  Checking Account

Blanket Bond (per case limit):  $  5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 156.44 | 98,735.42 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 146.80 | 98,588.62 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 141.85 | 98,446.77 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 146.36 | 98,300.41 |
| 01/10/14 | 18 | CHICAGO TITLE & TRUST CO LP | Bank Serial #: | 1121-000 | 508.00 | | 98,808.41 |
| 01/10/14 | 11 | CHICAGO TITLE & TRUST CO LP | Bank Serial #: | 1121-000 | 9,526.00 | | 108,334.41 |
| 01/10/14 | 25 | CHICAGO TITLE & TRUST CO LP | Bank Serial #: | 1121-000 | 22,619.00 | | 130,953.41 |
| 01/10/14 | 10 | CHICAGO TITLE & TRUST CO LP | Bank Serial #: | 1121-000 | 53,502.00 | | 184,455.41 |
| 01/15/14 | 003020 | Herner-Geissler Woodworking Corp. | Payment Pursuant to 12/18/13 Order | 4120-000 | | 6,640.00 | 177,815.41 |
| 01/15/14 | 003021 | Ascher Brothers Co., Inc. | Payment Pursuant to 12/18/13 Order | 4120-000 | | 5,924.00 | 171,891.41 |
| 01/15/14 | 003022 | Precision Control Systems | Payment Pursuant to 12/18/13 Order | 4120-000 | | 1,000.00 | 170,891.41 |
| 02/03/14 | 003023 | International Sureties, Ltd. Suite 420 701 Poydras St. New Orleans, LA  70139 | Blanket Bond | 2300-000 | | 131.06 | 170,760.35 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 229.98 | 170,530.37 |

Page Subtotals          86,155.00          14,516.49

Ver: 18.04

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 18)*

FORM 2

Page:  6

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-18097 -CAD | | Trustee Name: | CATHERINE STEEGE |
| Case Name: | ICM, INC. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9230 Checking Account |
| Taxpayer ID No: | *******0109 | | | |
| For Period Ending: | 02/10/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 229.18 | 170,301.19 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 253.18 | 170,048.01 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 244.66 | 169,803.35 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 252.45 | 169,550.90 |
| 08/21/14 | 28 | UNITED STATES TREASURY | Tax Refund | 1124-000 | 1,199.26 | | 170,750.16 |
| 10/16/14 | 003024 | CATHERINE STEEGE, TRUSTEE<br>JENNER & BLOCK LLP<br>353 N. CLARK STREET<br>CHICAGO, IL 60654-3456 | FINAL DISTRIBUTION | 2100-000 | | 24,070.46 | 146,679.70 |
| 10/16/14 | 003025 | JENNER & BLOCK LLP<br>353 N. Clark Street<br>CHICAGO, IL 60654-3456 | FINAL DISTRIBUTION<br><br>Fees     95,469.00<br>Expenses   4,253.77 | <br><br>3110-000<br>3120-000 | | 99,722.77 | 46,956.93 |
| 10/16/14 | 003026 | ALAN D. LASKO<br>ALAN D. LASKO & ASSOCIATES, P.C.<br>29 SOUTH LA SALLE STREET, #1240<br>CHICAGO, IL 60603 | FINAL DISTRIBUTION<br>Second and Final Application<br><br>Fees     2,203.70<br>Expenses    33.63 | <br><br><br>3310-000<br>3320-000 | | 2,237.33 | 44,719.60 |
| 10/16/14 | 003027 | BREAK THRU ENTERPRISES, INC. | FINAL DISTRIBUTION | 7100-000 | | 1,409.73 | 43,309.87 |

|  | Page Subtotals | 1,199.26 | 128,419.76 |
|---|---|---|---|

Ver: 18.04

Page: 7

**Exhibit 9**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 12-18097 -CAD | |
| Case Name: | ICM, INC. | |

| | |
|---|---|
| Trustee Name: | CATHERINE STEEGE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9230  Checking Account |

| | |
|---|---|
| Taxpayer ID No: | *******0109 |
| For Period Ending: | 02/10/15 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | C/O DAVIS MCGRATH LLC<br>125 S. WACKER DR. STE 1700<br>CHICAGO, IL 60606 | | | | | |
| 10/16/14 | 003028 | RECYCLING SYSTEMS INC<br>3152 S CALIFORNIA AVE<br>CHICAGO, IL 60608 | FINAL DISTRIBUTION | 7100-000 | | 166.35 | 43,143.52 |
| 10/16/14 | 003029 | TEE JAY SERVICE COMPANY<br>951 NORTH RADDANT ROAD<br>P.O. BOX 369<br>BATAVIA, IL 60510 | FINAL DISTRIBUTION | 7100-000 | | 248.48 | 42,895.04 |
| 10/16/14 | 003030 | ANCHOR MECHANICAL, INC.<br>C/O JOHN J. CONWAY<br>120 WEST 22ND STREET, SUITE 100<br>OAK BROOK, IL 60523 | FINAL DISTRIBUTION | 7100-000 | | 681.32 | 42,213.72 |
| 10/16/14 | 003031 | SMC ELECTRICAL CORPORATION<br>185 SOUTH LIVELY BOULEVARD<br>ELK GROVE VILLAGE, IL 60007 | FINAL DISTRIBUTION | 7100-000 | | 1,064.14 | 41,149.58 |
| 10/16/14 | 003032 | ADMIRAL MECHANICAL SERVICES<br>4150 LITT<br>HILLSIDE, IL 60162 | FINAL DISTRIBUTION | 7100-000 | | 4,919.77 | 36,229.81 |
| 10/16/14 | 003033 | ADMIRAL HEATING & VENTILATING<br>4150 LITT<br>HILLSIDE, IL 60162 | FINAL DISTRIBUTION | 7100-000 | | 1,500.64 | 34,729.17 |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 8,580.70 |

Ver: 18.04

Page:    8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-18097 -CAD | Trustee Name: | CATHERINE STEEGE |
|---|---|---|---|
| Case Name: | ICM, INC. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9230  Checking Account |
| Taxpayer ID No: | *******0109 | | |
| For Period Ending: | 02/10/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/16/14 | 003034 | REX ELECTIC<br>C/O JOHN M. KRAFT<br>BELONGIA SHAPIRO, LLP<br>20 S. CLARK STREET SUITE 300<br>CHICAGO, IL 60603 | FINAL DISTRIBUTION | 7100-000 | | 5,130.43 | 29,598.74 |
| 10/16/14 | 003035 | COMMERCIAL CARPET CONSULTANTS, INC.<br>893 INDUSTRIAL DR.<br>ELMHURST, IL 60126 | FINAL DISTRIBUTION | 7100-000 | | 215.80 | 29,382.94 |
| 10/16/14 | 003036 | MIDCO, INC.<br>16 W 221 SHORE COURT<br>BURR RIDGE, IL 60527-5831 | FINAL DISTRIBUTION | 7100-000 | | 280.89 | 29,102.05 |
| 10/16/14 | 003037 | OLD TOWNE FLOORS<br>C/O DENNIS M SBERTOLI<br>POB 1482<br>LA GRANGE PARK, IL 60526 | FINAL DISTRIBUTION | 7100-000 | | 3,252.77 | 25,849.28 |
| 10/16/14 | 003038 | TRIANGLE DECORATING CO., LLC<br>C/O LOUIS J. PHILLIPS<br>PATZIK, FRANK & SAMOTNY LTD.<br>150 SOUTH WACKER DRIVE<br>SUITE 1500<br>CHICAGO, IL 60606 | FINAL DISTRIBUTION | 7100-000 | | 6,814.61 | 19,034.67 |
| 10/16/14 | 003039 | EWING-DOHERTY MECHANICAL, INC.<br>C/O GENE EICH<br>6032 N. LINCOLN AVE. | FINAL DISTRIBUTION | 7100-000 | | 1,435.04 | 17,599.63 |

Page Subtotals    0.00    17,129.54

Ver: 18.04

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 21)*

**Exhibit 9**

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-18097 -CAD | | Trustee Name: | CATHERINE STEEGE |
| Case Name: | ICM, INC. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9230  Checking Account |
| Taxpayer ID No: | *******0109 | | | |
| For Period Ending: | 02/10/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| | | MORTON GROVE, IL 60053 | | | | | |
| 10/16/14 | 003040 | CT MECHANICAL, LLC<br>C/O MORRISON, SALTZ & DAVENPORT<br>77 W WASHINGTON ST, #1611<br>CHICAGO, IL 60602 | FINAL DISTRIBUTION | 7100-000 | | 244.44 | 17,355.19 |
| 10/16/14 | 003041 | AFFORDABLE CABINETS<br>1550 W. FULLERTON AVENUE<br>UNIT D<br>ADDISON, IL 60101 | FINAL DISTRIBUTION | 7100-000 | | 1,227.05 | 16,128.14 |
| 10/16/14 | 003042 | INTERIOR CONCEPTS<br>7150 N. RIDGEWAY<br>LINCOLNWOOD, IL 60712 | FINAL DISTRIBUTION | 7100-000 | | 162.29 | 15,965.85 |
| 10/16/14 | 003043 | TROSTRUD MOSAIC & TITLE INC<br>779 N DILLON DR<br>WOOD DALE, ILLINOIS 60191 | FINAL DISTRIBUTION | 7100-000 | | 114.67 | 15,851.18 |
| 10/16/14 | 003044 | FLOORING RESORUCES CORPORATION<br>600 WEST PRATT BOULEVARD<br>ELK GROVE VILLAGE, IL 60007-5113 | FINAL DISTRIBUTION | 7100-000 | | 1,305.54 | 14,545.64 |
| 10/16/14 | 003045 | FLOORING RESOURCES<br>600 WEST PRATT BOULEVARD<br>ELK GROVE VILLAGE, IL 60007 | FINAL DISTRIBUTION | 7100-000 | | 1,641.65 | 12,903.99 |
| 10/16/14 | 003046 | FLOORING RESOURCES | FINAL DISTRIBUTION | 7100-000 | | 324.58 | 12,579.41 |

|  |  | Page Subtotals | 0.00 | 5,020.22 |
|---|---|---|---|---|

Ver: 18.04

LFORM24
**UST Form 101-7-TDR (10/1/2010)** *(Page: 22)*

Page:   10

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 12-18097 -CAD | |
| Case Name: | ICM, INC. | |

Taxpayer ID No:   *******0109
For Period Ending: 02/10/15

| | |
|---|---|
| Trustee Name: | CATHERINE STEEGE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9230  Checking Account |

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 600 WEST PRATT BOULEVARD<br>ELK GROVE VILLAGE, IL 60007 | | | | | |
| 10/16/14 | 003047 | FLOORING RESOURCES<br>600 WEST PRATT BOULEVARD<br>ELK GROVE VILLAGE, IL 60007 | FINAL DISTRIBUTION | 7100-000 | | 58.64 | 12,520.77 |
| 10/16/14 | 003048 | ASCHER BROTHERS CO., INC.<br>C/O BRIAN ELMAN<br>130 S. JEFFERSON SUITE 350<br>CHICAGO, IL 60661 | FINAL DISTRIBUTION | 7100-000 | | 843.42 | 11,677.35 |
| 10/16/14 | 003049 | PREFERRED ELECTRICAL CONSTR. CORP<br>55 N. GARDEN AVENUE<br>ROSELLE, IL 60172 | FINAL DISTRIBUTION | 7100-000 | | 2,528.21 | 9,149.14 |
| 10/16/14 | 003050 | LAFORCE, INC<br>1060 WEST MASON STREET<br>GREEN BAY, WISCONSIN 54303 | FINAL DISTRIBUTION | 7100-000 | | 1,792.67 | 7,356.47 |
| 10/16/14 | 003051 | IMG TECHNOLOGIES, INC.<br>C/O HINSHAW & CULBERTSON LLP<br>ATTN: JOHN E. SEBASTIAN, ESQ.<br>222 N. LASALLE ST., SUITE 300<br>CHICAGO, ILLINOIS 60601 | FINAL DISTRIBUTION | 7100-000 | | 1,164.63 | 6,191.84 |
| 10/16/14 | 003052 | COMPETITIVE PIPE<br>141 WEST JACKSON BOULEVARD<br>SUITE A-30 | FINAL DISTRIBUTION | 7100-000 | | 3,759.59 | 2,432.25 |

Page Subtotals                     0.00          10,147.16

Ver: 18.04

FORM 2                                                                                          Page:   11

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                              Exhibit 9

| Case No: | 12-18097  -CAD | Trustee Name: | CATHERINE STEEGE |
| Case Name: | ICM, INC. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9230  Checking Account |
| Taxpayer ID No: | *******0109 | | |
| For Period Ending: | 02/10/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | CHICAGO, IL 60604 | | | | | |
| 10/16/14 | 003053 | DE LAGE LANDEN FINANCIAL SERVICES 1111 OLD EAGLE SCHOOL ROAD WAYNE, PA 19026 | FINAL DISTRIBUTION | 7100-000 | | 227.57 | 2,204.68 |
| 10/16/14 | 003054 | ALTAIR ADVISORS, INC. GEORGE J. SPATHIS, ESQ. NORWOOD MARCUS & BERK CHARTERED 500 WEST MADISON STREET SUITE 3700 CHICAGO, IL 60661 | FINAL DISTRIBUTION | 7100-000 | | 1,560.50 | 644.18 |
| 10/16/14 | 003055 | OEC BUSINESS INTERIORS 900 N. CHURCH ROAD ELMHURST, IL 60126 | FINAL DISTRIBUTION | 7100-000 | | 644.18 | 0.00 |

|  | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | 417,608.48 | 417,608.48 | 0.00 |
| Less:  Bank Transfers/CD's | | 292.00 | 0.00 | |
| Subtotal | | 417,316.48 | 417,608.48 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 417,316.48 | 417,608.48 | |

Page Subtotals                                    0.00            2,432.25

Ver: 18.04

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 24)*

Page:   12

**Exhibit 9**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 12-18097 -CAD |
| Case Name: | ICM, INC. |
| Taxpayer ID No: | *******0109 |
| For Period Ending: | 02/10/15 |

| | |
|---|---|
| Trustee Name: | CATHERINE STEEGE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******3912  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | BALANCE FORWARD | | | | 0.00 |
| * | 08/06/12 | 1 | Interior Construction Management, Inc. 53 West Jackson Blvd. Chicago, IL  60604 | | 1129-003 | 36,040.47 | | 36,040.47 |
| | 08/06/12 | 29 | Auto-Owners Insurance Company 6101 Anacapri Boulevard Lansing, MI  48917-3999 | | 1290-000 | 292.00 | | 36,332.47 |
| | 08/09/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 292.00 | 36,040.47 |
| * | 02/06/13 | 1 | Interior Construction Management, Inc. 53 West Jackson Blvd. Chicago, IL  60604 | VOID Bank returned for NSF | 1129-003 | -36,040.47 | | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 292.00 | 292.00 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 292.00 | |
| Subtotal | | 292.00 | 0.00 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 292.00 | 0.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******9230 | 417,316.48 | 417,608.48 | 0.00 |
| Money Market Account (Interest Earn - *******3912 | 292.00 | 0.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 417,608.48 | 417,608.48 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account | (Excludes Payments | Total Funds |

| | | |
|---|---|---|
| Page Subtotals | 292.00 | 292.00 |

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 25)*

Ver: 18.04

Page:   13

FORM 10

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:         12-18097  -CAD

Case Name:    ICM, INC.

Taxpayer ID No:   *******0109

For Period Ending:  02/10/15

Trustee Name:             CATHERINE STEEGE

Bank Name:                 BANK OF AMERICA, N.A.

Account Number / CD #:   *******3912  Money Market Account (Interest Earn

Blanket Bond (per case limit):   $  5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Checking Account - *******9230 | | Transfers) | To Debtors) | On Hand |
| | | | Money Market Account (Interest Earn - ********3912 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | Page Subtotals | 0.00 | 0.00 |

Ver: 18.04